# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re *Ex Parte* Application of STATE CORPORATION
DEPOSIT INSURANCE AGENCY on behalf of
INTERNATIONAL BANK OF ST. PETERSBURG for an
Order to Conduct Discovery for Use in Foreign
Proceedings Pursuant to 28 U.S.C. § 1782.

Case No. 21 Misc. _____

## DECLARATION OF GERMAN SHUBIN
### IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

GERMAN SHUBIN, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1.      I am an employee of Petitioner State Corporation Deposit Insurance Agency

("DIA"). Currently, I am an authorized representative of the DIA in the bankruptcy proceedings

of JSC International Bank of St. Petersburg ("IBSP"). I am familiar with the issues related to

the bankruptcy of IBSP.

2.      I make this declaration based on personal knowledge in support of DIA's

application pursuant to 28 U.S.C. § 1782 to obtain a subpoena for documents from Standard

Chartered Bank, USA, 1395 Avenue of the Americas, New York, NY 10036 ("SCB").

3.      As explained in more detail below, SCB is in possession of documents

concerning wire transfers that are related to certain fraudulent transactions. The DIA, in its

capacity as official receiver of the IBSP, intends to initiate civil litigation in Russia seeking

damages arising from those fraudulent transactions. (the "Foreign Proceedings").

4.      DIA now seeks leave to serve subpoenas on SCB for discovery for use in the

Foreign Proceedings. The specific documents that DIA seeks are records of wire transfers

1

through SCB from one of IBSP's minority shareholders, a Cypriot company called Hervet Investments Limited ("Hervet").

**Background**

5.      The DIA is a Russian state corporation that protects the interests of banks, depositors, and other creditors, and that generally enhances confidence in the Russian bank system. Under the laws of the Russian Federation, the DIA also acts as official receiver of bankrupt banks, if such banks had a licence to take deposits from individuals. IBSP is one such bank.

6.      IBSP, bank duly incorporated under the laws of the Russian Federation, has been declared insolvent. Prior to the bankruptcy proceedings, IBSP was ranked at the top of the second hundred Russian banks in terms of assets and in the first hundred Russian banks in terms of amount of funds deposited by individuals.

7.      Mr. Sergei Bazhanov was IBSP's Chairman of the Management Board (*i.e.*, the CEO of IBSP) and also the majority shareholder with a 92.28% stake in the bank. One of IBSP's other shareholders is Hervet, a company incorporated under the laws of the Republic of Cyprus. Hervet was a minority shareholder of IBSP since 2017; its stake was 0.77%.

**The Dissipation of Assets by the Beneficiaries of IBSP**

8.      In August 2018, the Central Bank of Russia ("CBR") conducted an unscheduled audit of IBSP. As a result of the audit, on October 15, 2018, the CBR appointed the DIA as provisional administrator of IBSP, pursuant to the Russian Law on Bankruptcy ("Bankruptcy Law"). The authority of IBSP's management was immediately suspended, and the CBR introduced a moratorium on creditors' claims.

9.      On the same date, the CBR published a press release on its official website in relation to this event.[1] In the press release, the CBR pointed out that the DIA had been appointed as provisional administrator due to the "unstable financial state [of IBSP]" and the "existence of a threat to interests of [IBSP's] creditors and depositors."

10.     On October 31, 2018, the CBR withdrew the banking license of IBSP and appointed provisional administrators until IBSP entered official receivership or liquidation.

11.     The provisional administrators made an assessment of IBSP's financial state and discovered signs of IBSP's insolvency. In a relevant report prepared for the CBR, it was stated that obligations of IBSP to its creditors were RUB 23,879,182,000 (around USD 363 million)[2] and IBSP's assets were RUB 10,845,064,000 (around USD 165 million). Attached hereto as Exhibit 1 is a true and complete copy of the report prepared by the provisional administrators, with certain excerpts translated into English.[3]

12.     On November 19, 2018, Arbitrazh (Commercial) Court of Saint-Petersburg and the Leningrad Region accepted an application of the CBR to declare IBSP bankrupt. On September 24, 2019, the same court declared IBSP bankrupt (the reasoned decision was executed on October 3, 2019).[4] The DIA was appointed as official receiver. The bankruptcy proceedings are ongoing.

---

[1]      *On the Imposition of the Functions of the Temporary Administration on the Management of the Bank MBSP (JSC) on the SSC "DIA,"* Bank of Russia (Oct. 15, 2018),
https://www.cbr.ru/press/PR/?file=15102018_100954ik2018-10-15T10_04_51.htm.

[2]      According to the official exchange rate of the CBR for October 31, 2018, USD 1 = RUB 65.7742.

[3]      Annexed to this Declaration is the Declaration of Maria Lvovna Romanova, dated November 2, 2020, which was submitted in connection with Petitioner's November 2020 § 1782 application. Ms. Romanova is a professional translator. In her Declaration, she attests to the accuracy of the translations of Exhibits 1, 3, 4, and 5 to this Declaration.

[4]      *Arbitration of the City of St. Petersburg and the Leningrad Region,* SPB (Oct. 3, 2019),
https://kad.arbitr.ru/Document/Pdf/a048c168-2744-449f-8e64-eb53f299c74c/7ff520ca-aa26-4138-bd39-9ecb8471f72c/A56-140063-2018_20191003_Reshenie.pdf?isAddStamp=True.

13.     On October 22, 2019, an English-language press release on the CBR website reported that, in the course of their investigation of IBSP, CBR provisional administrators had "established that the bank's officials had conducted operations which suggest the intention to divert assets through lending to legal entities (including those associated with the Bank) incapable of meeting their obligations and through disposal of the Bank's property."[5]

14.     The investigation also established that Hervet actively participated in the dissipation of IBSP's assets. Hervet is an offshore company, incorporated in Cyprus, which has not provided its financial statements to Cypriot authorities over the past few years. Ample evidence establishes that Hervet must have been aware of IBSP's pre-bankruptcy state. Among other things, less than two months before the withdrawal of IBSP's license, Hervet withdrew its IBSP funds. This event will be described in more detail below.

15.     In their report, the provisional administrators described and relied upon several suspicious transactions involving Hervet. *See* Exhibit 1. These transactions can be divided into three groups.

16.     The first group of suspicious transactions includes substantially similar sale-purchase agreements of credit linked notes ("CLN") entered into by IBSP and Riverrock Securities Limited ("RSL"), a company incorporated under the laws of the United Kingdom. The transactions were structured as follows: throughout 2018 RSL extended several loans to Hervet; RSL then sold the loans to UBS AG (London Branch) ("UBS"); UBS subsequently issued and sold CLNs back to RSL, which included the RSL-Hervet loans as a base asset; finally RSL sold those CLNs to IBSP for approximately USD 140 million.

17.     At the time IBSP bought the Hervet-loan backed CLNs, IBSP knew or should

---

[5]     *Results of Provisional Administration-Conducted Inspection of Bank IBSP (JSC)*, Bank of Russia (Oct. 22, 2019), https://www.cbr.ru/eng/press/PR/?file=23102019_173551eng2019-10-23T16_07_49.htm.

have known that Hervet did not have sufficient assets to repay the loans. If IBSP had evaluated Hervet's assets before it purchased the CLNs from RSL, it would have been obvious that Hervet was under-capitalized and could not repay the loans underlying the CLNs. Shortly after the revocation of IBSP's license, Hervet stopped paying the interest due to UBS on the loans, triggering a default event. Also, by a letter dated December 11, 2018—only five months after IBSP made its final purchase of a Hervet-backed CLN—Hervet informed IBSP that it was "*unable to pay its debts* as they fall due to the Bank" under some other agreements which will be described in more detail below. *See* Exhibit 2 (emphasis added). Attached hereto as Exhibit 2 is a true and complete copy of the December 11, 2018 letter. As a result of this scheme and due to features of CLN regulation, IBSP acquired rights to claim repayment of the loans granted to Hervet, but because the principal due on the loans is far greater than Hervet's assets, the scheme has led to significant losses for IBSP.

18.     The second group of suspicious transactions are those connected with the issuance of letters of credit. IBSP executed several letters of credit issuance agreements ("LC Issuance Agreements") with four Swiss companies. The Swiss companies, prior to execution of such agreements, entered into soybeans sale contracts with Hervet. The letters of credit were means of payment to commodity companies from which the Swiss companies had purchased those soybeans for Hervet. Shortly after execution of the LC Issuance Agreements, IBSP and the Swiss companies executed discharge agreements pursuant to which IBSP acquired rights to receive payment from Hervet to the Swiss companies under the sale contracts and simultaneously acknowledged that the Swiss companies' obligations under the LC Issuance Agreements had been discharged. Thus, IBSP, in lieu of rights to receive payment from large and financially stable companies, received worthless claims on paper against Hervet. IBSP's

total losses due to the above-described scheme amounted to around USD 83 million.

19.     The third group of suspicious transactions comprises assignment agreements in relation to liquid indebtedness. IBSP issued two letters of credit for a total of about USD 30 million in favor of Simec Group Limited, a company incorporated under the laws of Hong Kong. IBSP then executed an assignment agreement with Hervet, pursuant to which Hervet acquired rights to claim repayments from Simec Group Limited. At the same time, the purchase price for these rights did not become due until July 2025. Such a long term for payment of the price is a strong indicator of the parties' intention to dissipate liquid assets. As a result of this transaction, IBSP again acquired a worthless claim on paper against Hervet.

20.     A similar scheme was performed in relation to the indebtedness of Group Rich Enterprises Limited ("Group Rich"), a company incorporated under the laws of Hong Kong. A loan agreement was executed between IBSP and Group Rich. Just over one year after the execution of this agreement, IBSP executed an assignment agreement with Hervet. According to this assignment agreement, Hervet acquired the right to claim USD 7 million from Group Rich. However, Hervet has not paid any money due under this agreement to IBSP, because there is no payment due until July 2025. Once again, IBSP, in lieu of its claim to Group Rich, obtained a claim to Hervet with an unreasonably long deferral of payment.

21.     All the above-mentioned transactions are now being challenged by the DIA on the basis of specific provisions of the Bankruptcy Law. Final decisions have not been rendered yet.

22.     In addition, Hervet executed four deposit agreements with IBSP and opened relevant accounts with the bank into which it deposited funds. From September 17, 2018 to September 28, 2018, funds initially deposited by Hervet were transferred back to its account

with Raiffeisen Bank International AG ("Raiffeisen") through the Bank of New York Mellon, Citibank N.A., and potentially other banks as well. On October 18, 2019 the DIA filed with the Arbitrazh (Commercial) Court of Saint-Petersburg and the Leningrad region a complaint in an attempt to declare payments made by IBSP to Hervet under the deposit agreements void. The total amount of money transferred back to Hervet was around RUB 1.1 billion (which amounted to around USD 16.7 million).[6] Hervet had decided to withdraw its money from deposit less than two months before the CBR withdrew IBSP's license to the detriment of other creditors of IBSP, since these transfers were performed with unfair preference contrary to provisions of Bankruptcy Law.

23.     As described above, suspicious transactions involving Hervet led to substantial dissipation of IBSP's assets and therefore to the impairment of IBSP creditors' rights. The overall damages caused to IBSP through Hervet is around USD 276 million. In the meantime, the difference between IBSP's total liabilities and the value of its assets pursuant to the initial assessment of the provisional administrators amounted to less than USD 200 million.

24.     Notably, Hervet is not only a minority shareholder of IBSP, but it is also affiliated with IBSP's management. On June 18, 2018, Mr. Bazhanov sent a letter to Louis Dreyfus Suisse SA in which he confirmed that Hervet was under ultimate control of IBSP. He also confirmed that Mr. Alexander Zuev was a direct owner of Hervet acting for and on behalf of IBSP. Mr. Zuev is also the brother of Ms. Tatiana Bazhanova, who is Mr. Bazhanov's wife. Attached hereto as Exhibit 3 is a true and complete copy of the June 18, 2018 letter.

25.     In addition, Mr. Zuev had been a member of IBSP's Board of Directors for approximately 15 years. Ms. Bazhanova was the Chairman of the Board of Directors while Mr. Bazhanov was also a member of the Board of Directors of IBSP. Attached hereto as Exhibit 4 is

---

6       According to the official exchange rate of the CBR for September 30, 2018, USD 1 = RUB 65.5906.

a true and complete copy of the minutes from the December 6, 2017 meeting of the IBSP Board of Directors. These facts are other indicators of the fraudulent nature of the above described transactions.

26.     Moreover, in the context of these transactions, criminal charges were brought against Mr. Bazhanov in late 2019 for falsification of financial statements of a financial organization. Anticipating commencement of the criminal case against him, I understand Mr. Bazhanov fled to either England or France where he remains.

**The Anticipated Proceedings Against Hervet, Mr. Bazhanov, and Mr. Zuev**

27.     The DIA, as official receiver of IBSP, anticipates commencing legal proceedings in Russia against Hervet, Mr. Bazhanov, and Mr. Zuev to hold them jointly and severally liable for damages caused by the above-described transactions to depositors and other creditors of IBSP.

28.     The DIA now seeks discovery pursuant to 28 U.S.C. § 1782 for use in those anticipated proceedings.

29.     The DIA intends to bring these proceedings under the following provisions:

a.  Article 61.10(4) of the Bankruptcy Law provides that, unless proved otherwise, a person who benefits from unlawful and bad-faith conduct of persons is assumed to be authorized to act on behalf of the debtor, as a person controlling the debtor. The Supreme Court of the Russian Federation has further clarified this provision and noted that a person who has received substantial profits, which would not have occurred if the CEO of the debtor had acted in good faith, may be acknowledged as a person controlling the debtor. The concept of persons controlling the debtor is quite broad under the Bankruptcy Law and may also

8

include legal entities.

b. Article 10(4) of the Civil Code of the Russian Federation ("Civil Code") provides that if a person abusing his own rights violated rights of other persons, such persons can claim damages caused by the abuse of rights.

c. Article 15(1) of the Civil Code provides that a person whose rights have been violated may claim damages caused in full, unless a law or a contract specifies otherwise.

d. Pursuant to Article 1064(1) of the Civil Code, harm inflicted to property of an individual or legal entity by a tortfeasor shall be recovered in full. This article provides for the so-called "principle of general delict," which means that any harm caused to another person shall be compensated. This principle implies a broad scope of application and may be used in any case against any tortfeasor unless the tortfeasor proves that the harm caused was not due to his fault, or that his actions were lawful.

e. Pursuant to Article 61.11(1) and Article 189.23(1) of the Bankruptcy Law, if payments to the creditors cannot be made in full due to actions or omissions of persons controlling the debtor, such persons shall bear subsidiary liability for the debtor's obligations.

30.    In order for IBSP to prevail in those anticipated proceedings, it is important to establish who orchestrated Hervet's participation in the fraud and a full list of recipients to which the money that dissipated from IBSP was transferred. This will help prove that the above-mentioned transactions were fraudulent and aimed at enrichment of the potential defendants.

31.     There could also be other, currently unknown beneficiaries of the suspicious transactions whose identity may be revealed through additional disclosures. If so, the DIA intends to bring proceedings against such beneficiaries.

32.     For these purposes, the DIA now seeks targeted discovery pursuant to 28 U.S.C. § 1782.

**The Discovery Obtained from Bank of New York Mellon and Citibank N.A.**

33.     This is not the first time DIA has requested discovery in connection with the Foreign Proceedings.

34.     On November 20, 2020 the DIA filed an *ex parte* application with the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1782, seeking records concerning wire transfers sent or received by Hervet where the Bank of New York Mellon ("New York Mellon") acted as the correspondent bank and Citibank N.A. ("Citibank") acted as an intermediary bank. On November 24, 2020 Judge Paul A. Engelmayer found that the statutory requirements of 28 U.S.C. § 1782 were satisfied and granted the discovery sought by the DIA.

35.     DIA's 2020 application was based on the following evidence. Hervet was receiving payments under the above-described suspicious transactions in U.S. dollars. These payments were credited to a correspondent account opened with New York Mellon and then transferred, through Citibank as an intermediary, to Hervet's account with Raiffeisen. Attached hereto as Exhibit 5 are true and complete copies of: (i) four bank account statements for Hervet's bank accounts opened with IBSP, certified by an authorized representative of the DIA; and (ii) internal IBSP documents related to transfers of funds from those accounts, including SWIFT orders, IBSP's internal orders, and debit memos.

36.     When Hervet withdrew all of its money from its IBSP accounts, the funds were

routed through New York Mellon and Citibank, as an intermediary. Hervet opened its IBSP bank accounts by the execution of deposit agreements between Hervet and IBSP. When Hervet decided to withdraw all of the money from its accounts, it sent requests to IBSP asking the bank to transfer the funds to Hervet's account with Raiffeisen. Then, according to the IBSP bank statements, money which Hervet deposited in the IBSP accounts was transferred to a correspondent account opened with New York Mellon. These transactions were also confirmed by the debit memos. *See* Exhibit 5. IBSP's internal orders indicate that the transfers were executed via "Citibank NY" acting as an intermediary bank. Citibank is also designated as "Intermediary Institution" in the SWIFT orders. *See id.* The "payment details" sections in the IBSP bank statements indicate that the money was transferred as repayments under the deposit agreements. *See id.* Such repayments amounted to around USD 19 million.

**The Requested Discovery**

37.     Now, the DIA seeks further discovery of records concerning wire transfers sent or received by Hervet where SCB acted as the correspondent bank of Raiffeisen. Hervet has a bank account at Raiffeisen through which significant funds were withdrawn from IBSP. Disclosure is necessary to trace further movement of funds obtained through the suspicious transactions described in this declaration.

38.     The DIA understands that SCB is the correspondent bank of Raiffeisen for U.S. dollars transactions. Attached hereto as Exhibit 6 is a list of main correspondent banks for commercial payments used by Raiffeisen. The list can be found on the official website of Raiffeisen. Because Hervet executed these suspicious transactions in U.S. dollars, and SCB is Raiffeisen's correspondent bank for U.S. dollars transactions, it is highly likely that SCB will have documents concerning the transactions and the transfers of funds into Hervet's Raiffeisen

account.

39.    Moreover, the disclosures obtained from New York Mellon and Citibank following the DIA's successful § 1782 application in November 2020 included spreadsheets containing information about a number of transactions in which Hervet and SCB participated.[7]

40.    A spreadsheet received from New York Mellon contains 12 records of transactions whereby Hervet is indicated as originator party while SCB is indicated as debiting bank. In 9 records out of the 12, Louis Dreyfus Company Asia Pte Ltd ("LDC Asia") is specified as a final beneficiary. The total amount of transactions with LDC Asia is around USD 11.5 million. IBSP is indicated to be a final beneficiary of three other transactions with the total amount of USD 29.4 million. Simultaneously, there is one record of a transaction in the spreadsheet whereby LDC Asia is indicated as originator party, SCB as crediting bank, and Hervet as a final beneficiary. Notably, LDC Asia is one of the commodity companies from which the four Swiss companies mentioned in paragraph 18 of this declaration purchased soybeans for Hervet.

41.    The spreadsheet received from Citibank contains 2 records of transactions whereby Hervet is indicated as originator party and SCB as reimbursing bank. Bank Julius Baer Zurich is indicated as a beneficiary under these transactions. The total amount of transactions is around USD 10 million.

42.    Discovery from SCB will help the DIA understand who orchestrated Hervet's participation in the fraud and to whom Hervet was transferring money after its receipt through the suspicious transactions. Such discovery is necessary to track the further movement of the funds and to help confirm the ultimate recipients or beneficiaries of these transactions.

---

[7]    Petitioner has not included these spreadsheets in this filing because they are subject to a Confidentiality Agreement and Protective Order entered by Judge Engelmayer. Petitioner will provide the Court with these materials under seal if the Court believes it would be helpful to the adjudication of this application.

43.    Discovery from SCB can be used in the Foreign Proceedings that we anticipate filing in Russia and in potential injunction proceedings outside Russia.

44.    To my knowledge, Russian laws do not prohibit the acquisition or use in civil proceedings of bank records such as those sought here.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _29_  _10_____, 2021
      Moscow, Russia

_____
GERMAN SHUBIN

13

# Exhibit 1a

Provisional Administration of Credit Institution
International Bank of St Petersburg (Joint-Stock Company)
IBSP Bank (JSC) (St Petersburg)

*5 Krapivny Per., 194044, St Petersburg*
INN: 7831000210, KPP: 783501001, OGRN: 1027800001547, BIK: 044030760,
Reg. No. 197

**Report on Financial Standing of**
**International Bank of St Petersburg**
**IBSP Bank (JSC) (St Petersburg) (reg. No. 197)**
**as of the Date of Withdrawal of Banking Licence of the Credit Institution**

Pursuant to Order of the Bank of Russia No. OD-2851 dated 31.10.2018, banking licence of credit institution International Bank of St Petersburg (Joint-Stock Company) IBSP Bank (JSC) (St Petersburg) has been withdrawn and, pursuant to Order of the Bank of Russia No. OD-2853 dated 31.10.2018, a provisional administration has been appointed to this credit institution.

[...]

As part of the analysis as of 31.10.2018, the provisional administration deems it necessary to highlight the following information regarding the largest high-risk investments.

*1. Regarding the evaluation of investments in securities.*
As of 31.10.2018, according to the Bank's balance, investments in debt obligations in nine issues of UBS AG London constituted USD 139.5 million, which was an equivalent of RUB 9.2 billion, grade 3, 50% reserve.
- on 06.11.2018 a confirmation was received from Bank of New York Mellon - London Branch via SWIFT that as of 31.10.2018 the Bank owned these securities;
- on 13.11.2018, a letter was received from UBS AG London together with a package containing emission documentation and bids on each issue.
The provisional administration performed a selective translation of these documents and discovered that the excerpts contained special conditions, namely:
- as a general term were used borrowed loans provided to Hervet Investments Limited;
- interest payable on the bonds was directly linked to the interest on the Base Asset, minus the amounts payable to the issuer. The issuer was under no obligation to make any additional payments to the bondholders in cases when the total amount of interest paid on the Base Asset was less than the amount that should have been or could have been received by the Issuer.
- the repayment amount due was directly connected to revenues received from the repayment of the Base Asset. The issuer was under no obligation to make any additional payments to the bondholders.

It should be noted that starting from 22.03.17 and to date, Hervet Investments Limited (located at 29A Annis Komninis, 1061, Nicosia, Cyprus) has been a shareholder of the Bank with less than 1% share. For a long period of time (starting from 18.11.2002), it has been a subordinated creditor of the Bank. Until 2010, the amount of the subordinated loan constituted USD 10 million. Between 2010 and 2016, 6 additional agreements were concluded on prolongation and increase of the loan to USD 126 million and extension of the term until 2025.

According to the comments received from the Bank's employees (copies attached), in order to support the Bank, in the period from March through December 2017, Hervet Investments Limited gratuitously granted it a relief of its loan obligations in the amount of USD 80.6 million. Moreover, due to capital adequacy ratio falling below 2 percent, the amount of the subordinated loan remaining on 30.09.2018 was written off as a revenue of the Bank, according to paras. 5.3 and 5.4 of the Agreement.

As of the date of licence withdrawal, the Bank has no obligations towards Hervet Investments Limited. Meanwhile, Hervet Investments Limited carries debt to the Bank due to the assignment of:

- on 08.12.2017, claims against Simec Group Limited under letters of credit No. SHK/IBSP/21032017-02 in the amount of USD 14,999.99 thousand and No. SHK/IBSP/14032017-01 in the amount of USD 14,999.99 thousand;

- on 27.12.2017, claims against Group Rich Enterprises Ltd under loan agreement No. GR06092016 entered into on 06.09.2016 in the amount of USD 7,000 thousand;

- on 27.12.2017, claims against Soveliony Investment Limited under the assignment of claims (cession) agreement entered into on 31.08.2017 (including the partial repayment of USD 2 million) in the amount of USD 1,958 thousand;

On 31.10.2018, Hervet Investments Limited defaulted on the payment of interest and has not been paying it since.

The provisional administration has a copy of IBSP (JSC) Bank's letter No. 478 dated 10.07.2018 regarding Hervet Investments Limited addressed to Quadra Commodities SA (received from Quadra Commodities SA), in which IBSP (JSC) Bank confirms its control over Hervet Investments Limited and states that Mr. Aleksandr Zuev is the beneficial owner of Hervet Investments Limited. The letter contains information that Aleksandr Zuev has Russian passport number 71 5860939. Please find a copy of the letter attached.

Considering these conditions for emission of the bonds, evaluation of the risk under the investments in debt obligations of UBS AG London was conducted in relation to the Base Asset of Hervet Investments Limited and the provisional administration has increased the reserves to 100% - RUB 4,603.2 million.

*2. Regarding operations related to the letters of credit*

As of 31.10.2018, the Bank's balance (account ending 47410) shows a debt under letters of credit provided to the non-resident companies, which is approximately 15% of the Bank's net assets, namely:

| Company Name | Letter of Credit Issue Date | Amount (USD thousand) | Equivalent in RUB (RUB million) |
|---|---|---|---|
| Quadra Commodities SA (4 | between 19.07.2018 and | 47,999.9 | 3,159 |

| letters of credit) | 07.08.2018 | | |
| Louis Dreyfus Suisse SA | 12.10.2017 | 10,998.5 | 723.9 |
| AMAGGI | 24.08.2018 | 11,999.9 | 789.7 |
| Ifchor SA | 12.09.2018 | 12,000 | 789.8 |
| TOTAL | - | 82,998.5 | 5,462.4 |

As part of analysis of the transactions between the Bank and the abovementioned non-resident companies before the withdrawal of its licence, as well as documents received from these companies, the following has been established.

There has been no answer from AMAGGI SA (Switzerland) confirming any obligations towards the Bank. Therefore, the provisional administration has reclassified the debts from grade 2 to grade 5, and reserve has been increased to RUB 684.3 million.

Regarding the rest of the companies, the reserve was increased to 100% by the provisional administration of the State Corporation Deposit Insurance Agency.

It should be noted that Quadra Commodities SA, Louis Dreyfus Suisse SA, and Ifchor SA have not confirmed their obligations towards the Bank as of the date of its licence withdrawal in the total amount of RUB 4,672 million:

- Quadra Commodities SA (Switzerland) - the Bank's balance shows 4 unconfirmed letters of credit in the total amount of USD 47,999.99[18]. In each case, on the payment day for a letter of credit, balance on the correspondent account in Bank of New York Mellon (USA) was minimal, around USD 500 to 600, the payments were made from the funds received on that day, and the closing balance would also remain minimal, around USD 500 to 600.

Quadra Commodities SA provided documents confirming the lack of obligations:

- copies of purchase and sale agreements entered into on 12.07.2018, 23.07.2018, 27.07.2018, and 31.07.2018 between Quadra Commodities SA and Hervet Investments

---

[18] 1) On 17.07.2018, the Bank entered into letter of credit issuance agreement No. LCIA18/01/001R and, on 18.07.2018, an irrevocable letter of credit No. 1/7771 was issued in the amount of USD 8,999,946.00. On 19.07.2018, a payment was made to Quadra Commodities Singapore Pte Ltd in the amount of USD 8,684,947.89. The funds were debited from the account in Bank of New York Mellon (USA) and transferred to DBS Bank, Singapore.

2) On 26.07.2018, letter of credit issuance agreement No. LCIA18/07/002R was concluded and, on 26.07.2018, an irrevocable letter of credit No. 1/7791 was issued in the amount of USD 13,499,999.87. On 27.07.2018, the Bank made a payment to Quadra Commodities Singapore Pte Ltd in the amount of USD 13,184,999.87. The funds were debited from the account in Bank of New York Mellon (USA) and transferred to DBS Bank, Singapore.

3) On 30.07.2018, letter of credit issuance agreement No. LCIA18/07/003R was concluded and, on 01.08.2018, an irrevocable letter of credit No. L/7801 was issued in the amount of USD 13,499,999.75.

On 02.08.2018, the Bank made a payment to Quadra Commodities Singapore Pte Ltd in the amount of USD 13,176,369.62. The funds were debited from the account in Bank of New York Mellon (USA) and transferred to DBS Bank, Singapore.

4) On 02.08.2018, letter of credit issuance agreement No. LCIA18/07/004R was concluded and, on 06.08.2018, an irrevocable letter of credit No. L/7811 was issued in the amount of USD 11,999,999.88.

On 07.08.2018, the Bank made a payment to Quadra Commodities Singapore Pte Ltd in the amount of USD 11,700,821.80. The funds were debited from the account in Bank of New York Mellon (USA) and transferred to DBS Bank, Singapore.

Limited, according to which Quadra Commodities SA supplies the goods and Hervet Investments Limited makes full payments on 17.07.2019, 25.03.2019, 29.03.2019, and 25.04.2019 respectively;

- copies of discharge agreements entered into on 17.07.2018, 26.07.2018, 30.07.2018, and 02.08.2018 between Quadra Commodities SA and International Bank of St Petersburg. These agreements contain provisions stating that the bank shall release Quadra Commodities SA from its obligations under the letters of credit in case Quadra Commodities SA reassigns its claims against Hervet Investments Limited under the abovementioned sale and purchase agreements to the Bank;

- copies of letters[19] from Quadra Commodities SA to International Bank of St Petersburg regarding the reassignment of claims dated 20.07.2018, 28.07.2018, 03.08.2018, and 08.08.2018.

- copies of letters from IBSP (JSC) to Quadra Commodities SA regarding fulfilment of obligations dated 20.07.2018, 28.07.2018, 03.08.2018, and 08.08.2018.

Louis Dreyfus Suisse SA - the Bank's balance shows an unconfirmed letter of credit in the amount of USD 10,998.5 thousand:

On 10.10.2017, the Bank entered into a letter of credit issuance agreement and issued an irrevocable letter of credit. On 16.10.2017, the Bank made a payment to Louis Dreyfus Company Asia Pte Ltd, the funds were debited from the account in Bank of New York Mellon (USA) and transferred to DBS Bank, Singapore.

In response to the request from the provisional administration, Louis Dreyfus Suisse SA provided the following documents confirming the lack of indebtedness:

- copy of the letter from Louis Dreyfus Suisse SA addressed to International Bank of St Petersburg regarding the reassignment of claims dated 17.10.2017;

- copy of the letter from Louis Dreyfus Suisse SA addressed to International Bank of St Petersburg and Hervet Investments Limited regarding the reassignment of claims dated 17.10.2017;

- copy of the letter from IBSP (JSC) addressed to Louis Dreyfus Suisse SA regarding the release from obligations dated 17.10.2017.

Ifchor SA - the Bank's balance shows 1 unconfirmed letter of credit in the amount of USD 12,000 thousand:

On 23.08.2018, the Bank entered into a letter of credit issuance agreement and issued an irrevocable letter of credit. On 23.08.2018, the Bank made a payment to Quadra Commodities Singapore Pte Ltd, the funds were debited from the account in Bank of New York Mellon (USA) and transferred to DBS Bank, Singapore.

As part of correspondence via email with an employee of the Bank, Ifchor SA confirmed its lack of indebtedness to the Bank and provided a scan of the Bank's letter dated 27.08.2018 confirming the fulfilment of its obligations.

The provisional administration has received explanations from the following Bank's employees:

- chief accountant - vice president T.N. Berezhanskaya,

- head of the foreign trade department and documented operations O.V. Gusev,

---

[19] As attachments to a discharge agreement.

where they state that the Bank's employees had no information regarding the lack of indebtedness to the Bank under the letters of credit.

Decision to issue the letters of credit was made by the Bank's Management Board, composed of the following persons who, according to the minutes of meetings of the Board, took part in the work of the Management Board: Chairman of the Management Board S.V. Bazhanov (suspended since 15.10.2018), members of the Management Board - Deputy Chairman of the Board - manager of the Moscow branch M.V. Anishchenkov (quit on 12.11.2018), chief accountant - vice president T.N. Berezhanskaya, secretary I.Yu. Agafonova; employees O.V. Gusev, O.F. Bigun and A.O. Ratkevich were also invited to participate in the Management Board meetings.

Reserves in the amount of 100% were provisioned in relation to these companies; at the same time, it should be noted that obligations against Hervet Investments Limited in the total amount of RUB 3,882.8 million were reassigned.

*3. Regarding outstanding loan of the non-resident companies.*

As of 31.10.2018, the Bank's balance (account ending 45606) shows an outstanding loan of the non-resident companies, constituting approximately 12% of the Bank's net assets, namely:

| Company Name | Issue/Prolongation Date | Total Amount (USD thousand) | Equivalent in RUB (RUB million) |
|---|---|---|---|
| Group Rich Enterprises Limited (Hong Kong) | 06.09.2017/06.06.2018 | 37,979.3 | 24,099.5 |
| Global Traders & Consultants Limited (Hong Kong) | 24.08.2016/11.07.2017/24.05.2018 31.08.2016/11.07.2017/24.05.2018 | 29,998.5 | 1,974.3 |
| TOTAL: | | 67,977.8 | 4,473.8 |

As of the date of licence withdrawal, considering the results of the audit, the indebtedness has been reclassified to grade 3,50% reserve. Requests for confirmation of the debt have been sent to the borrowers:

- Group Rich Enterprises Limited (Hong Kong) - the letter was returned to the Bank undelivered. According to the courier service, in the course of 14 days they tried and failed to reach the addressee by phone, as it was not in reality located at its registered address;

- Global Traders & Consultants Limited (Hong Kong) - no response.

Due to the above, the provisional administration reclassified the debt to grade 5 and increased the reserves to 100% in the amount of RUB 2,267.5 million.

*4. Regarding the claims against Hervet Investments Limited (detailed information about the company is provided in para. 1) shown on the balance account ending 47423.*

As of 31.10.2018, the Bank's balance shows a claim against Hervet Investments Limited in the total amount of RUB 2.6 billion, which is approximately 7% of its net assets, namely:

| Non-Resident Company Name | Date of Reassignment Agreement | Company Name (whose debt was reassigned) | Total Amount (USD thousand) | Total Amount (RUB million) | Grade |
|---|---|---|---|---|---|
| Hervet Investments Limited [20] | 27.12.2017 No. 2 | Group Rich Enterprises Limited | 7,000 | 461 | 3 |
| | 27.12.2017 | Soveliony Investments Limited | 1,958 | 129 | 3 |
| | 08.12.2017 No.1 | Simec Group Limited | 29,999.99 | 1,974 | 3 |
| | TOTAL | | | 2,564 | |

---

[20] The Management Board of the Bank (minutes No. 66 dated 27.12.2017) adopted decisions to enter into an assignment of claims (cession) agreement between Hervet Investments Limited as assignee and the Bank as assignor in part concerning the assignment to the assignee of the monetary claims.
- against Soveliony Investments Limited in the amount of USD 3,958 thousand under the assignment of claims (cession) agreement entered into on 31.08.2017, set the value of the assigned rights in the amount of USD 3,958 thousand and the payment schedule for the assigned claims as following: USD 2,000 thousand - no later than 29.12.2017, USD 1,958 thousand - no later than 31.07.2025, the payments for the assigned rights shall be made in USD; and set the interest rate for the instalment period (for the total amount of USD 1,958 thousand) as 4.5% per annum. As security for obligations of Hervet Investments Limited towards the Bank for the instalment period - Pledge of Claims Agreement under Subordinated Deposit Agreement in USD No.9/SD entered into on 18.11.2002. The Bank entered into cession agreement No. 3 on 27.12.2017, transaction amount - USD 1,958 thousand.
- against Group Rich Enterprises Limited in the amount of USD 7,000 thousand under loan agreement No. GR.06.09.2016 entered into on 06.09.2016, set the value of the assigned rights in the amount of USD 7,000 thousand and due date for payment for the assigned claims as no later than 31.07.2025; payments for the assigned rights shall be made in USD; interest rate for the instalment period - 4.5% per annum. As security for obligations of Hervet Investments Limited towards the Bank for the instalment period - Pledge of Claims Agreement under Subordinated Deposit Agreement in USD No.9/SD entered into on 18.11.2002. The Bank entered into cession agreement No. 2 on 27.12.2017, transaction amount - USD 7,000 thousand.
Risk Management Committee of the Bank (minutes No. 69 dated 10.11.2017) adopted a decision to enter into the assignment of claims against Simec Group Limited agreement with Hervet Investments Limited in the amount of USD 29,999 thousand under letter of credit issuance agreements No. SHK/IBSP/2103201 in the amount of USD 14,999 thousand and No. SHK/IBSP 14032017-01 in the amount of USD 14,999, with due date for the payment for the assigned rights on 31.07.2025. As security for obligations of Hervet Investments Limited towards the Bank for the instalment period - Pledge of Claims Agreement under Subordinated Deposit Agreement in USD No.9/SD entered into on 18.11.2002. The Bank entered into assignment of claims (cession) agreement No. 1 on 08.12.2017, transaction amount - USD 29,999 thousand.

On 31.10.2018, Hervet Investments Limited defaulted on the payment of interest and has not been paying it since. Financial standing is evaluated by the Bank as "poor", following which the interim administration increased the reserves to 100% in the amount of RUB 1,782 million.

**As a result of the analysis, it has been established that the total amount of assets that shall be repaid by Hervet Investments Limited constitutes RUB 15.6 billion (approximately 41% of the Bank's net assets), grade 5, 100% reserve.**

The provisional administration is currently preparing the relevant submission to the law enforcement authorities.

Additionally, the interim administration deems it necessary to highlight the following information regarding the Bank's assets.

[...]

### V. Calculation of the value of assets and liabilities.

The provisional administration, taking into account the additionally formed reserves, calculated the balance sheet (published form) under paragraph 3 of the Procedure for Drawing up and Filing Statements under Form No. 0409806 "Balance sheet (published form)" of Appendix 1 to Instruction No. 4212-U[37] (attached).

According to the calculations, the assets comprised RUB 10,845,064 thousand, while the liabilities to clients comprised RUB 23,879,182 thousand.

**Therefore, to the provisional administration's knowledge, the deficit of assets required to cover the liabilities is RUB 13,034,118 thousand.**

**This fact indicates the existence of a sign of bankruptcy, as determined by Article 189.8 of Federal Law dated 26.10.2002 No. 127-FZ "On Insolvency (Bankruptcy)" ("Federal Law No. 127-FZ"), namely, the value of property (assets) of a credit institution being insufficient to perform its obligations to creditors.**

On 8 November 2018[38], the provisional administration, in its letter dated 8 November 2018 No. 46-VA, communicated to the North-Western Main Branch of the Bank of Russia information about the bankruptcy signs existing in respect of IBSP Bank (JSC). The court hearing upon the application of the North-Western Main Branch of the Bank of Russia to declare the debtor, IBSP Bank (JSC), bankrupt is scheduled for 18 December 2018.

Attachment: Form No. 0409806 "Balance sheet (published form)" as at 1 December 2018, 1 page.

Head of the Provisional Administration
of Credit Institution IBSP Bank (JSC)                              /signature/ T.P. Rabota

[seal:
PROVISIONAL ADMINISTRATION]

[…]

---

[37]      Instruction of the Bank of Russia dated 24 November 2016 No. 4212-U "On the List, Forms and Procedure of Drawing up and Filing Forms of Statements of Credit Institutions with the Central Bank of the Russian Federation".

[38]      Value of assets – RUB 20,837,242 thousand, value of liabilities – RUB 23,587,828 thousand.

# Exhibit 1b

Временная администрация по управлению кредитной организацией
Международный банк Санкт-Петербурга (Акционерное общество) Банк
МБСП (АО) (г. Санкт-Петербург)

*194044,: г. Санкт-Петербург, Крапивный пер., д,5*
ИНН;7 8 3 1 00 02 1 0₅ КПП: 783500100L ОГРН: 1027800001547, БИК: 044030760, Рег. №197

### Заключение о финансовом состоянии
### Международный банк Санкт-Петербурга
### Банк МБСП (АО) (г. Санкт-Петербург) (рег. № 197)
### на дату отзыва у кредитной организации лицензии
### на осуществление банковских операций

Приказом Банка России от 31.10.2018 № ОД-2851 у кредитной организации Международный банк Санкт-Петербурга (Акционерное общество) Банк МБСП (АО) {г. Санкт-Петербург) отозвана лицензия на осуществление банковских операций и приказом. Банка России от 31.10.2018 ОД-2853 назначена временная администрация[1] по управлению данной кредитной организации.

Решение об отзыве лицензии принято Банком России в связи с неисполнением кредитной организацией федеральных законов, регулирующих. банковскую деятельность, а также нормативных актов Банка России, значений всех нормативов- достаточности собственных средств (капитана) ниже двух процентов, снижением размера собственных средств (капитала) ниже минимального значения уставного капитала, установленного на дату государственной регистрации кредитной организации, учитывая неоднократное применение в течение одного года мер, предусмотренных Федеральным законом «О Центральном банке Российской Федерации (Байке России)».

### I. Общая информация о Банке

Международный банк Санкт-Петербурга (Акционерное общество) Банк МБСП (АО) (г. Санкт-Петербург)[2] регистрационный № 197, дата регистрации -11.12.1991.

На дату отзыва лицензии Банк зарегистрован по адресу: 194044: г. Санкт-Петербург, Крапивный пер., д.5.

Организационная, структура Банка представлена 5 филиалами, расположенными в городах Российской Федерации:

Таблица 1

| № | Наименование подразделения | Место нахождения подразделения |
|---|---|---|
| 1 | Московский филиал | 129090, г. Москва, 2-ой Троицкий пер-., д. 5 |
| 2 | Филиал в г 11.Новгород | 603000. г. Нижний Новгород, ул.Новая, д.32 |
| 3 | Филиал в г.Волгограде | 400131, г. Волгоград,. ул.Мира, д. .1.8 |
| 4 | Филиал' в г. Ульяновске | 432017..Г. Ульяновск, уя.Минаева. д.13/6 |
| 5 | Филиал в г. Новосибирске | 630132. г. Новосибирск, пр.Димитрова, д.12 |

Зарубежных представительств, к филиалов Банк не имеет.

Уставный капитал Байка по состоянию на 31.10.2018 составлял 1 73б млн. руб.

---

[1] Далее— временная администрация

[2] Далее - Банк, кредитная организация.

По данным размещенным 05.07.2018 на сайте Центрального банка Российской Федерации и представленным временной администрацией кредитной организацией в состав акционеров Банка входят:

| Ф И О/Наименование акционера | Доля в уставном капитале Банка,% | Количество акций Банка, принадлежащих акционеру, шт. |
|---|---|---|
| 1. Бажанов Сергей Викторович | 92,28 | 1 602 018 659 (в т.ч. акции обыкновенные - 1 601 609 536. акции привилегированные - 409 123) |
| 2, АО «Триумф» Сведения об акционерах ЛО «Триумф»: ФИО акционера: Бажанов Сергей Викторович (доля в уставном капитале: 100%) | 6.95 - | 120 617 371 |
| 3. HERVET INVESTMENTS LIMITED, страна регистрации - Кипр | 0,77 | 13 390 464 |
| ИТОГО: | 100 | .1 736 026 494 |

С целью выявления у Банка признаков несостоятельности (банкротства) временной администрацией проведено обследование Банка в соответствии с требованиями ст. 189.64 Федерального закона от 26,10.2002 №127-ФЗ[3], п. 22.15 Положения Банка России от 09.11.2005 № 279-П[4], руководствуясь Положениями Банка России от 28.06.2017 № 590-П[5] и от 20.03.2006 №283–П[6] и от 15.07.2015 №3728-У[7],

Обследование кредитной организации проведено на основе:

- результаты последней внеплановой инспекционной проверки от 08.10.2018 № А1КИ25-12/326ДСП, предписания от 24.09.2018 № 36-5-3-1/17003ДСП (в ходе инспекционной проверки проведена проверка адекватности оценки кредитного риска порядка 90% портфеля ссудной и приравненной к ней задолженности, на дату отзыва лицензии ссуды резидентов оценены в соответствии с выводами инспекционной группы):

- .данных отчетности по форме 0409101 «Оборотная ведомость по счетам бухгалтерского учета кредитной организации на 31.10.2018» приложения 1 к Указанию Банка России от 24.11.201 б № 4212-У[8];

- ведомости остатков кредитной организации на 31.10.2018;

- материалов от временной администрации. Государственной, корпорации «Агентство по страхованию вкладов»[9], которая выполняла функции с 15,10.2018 по 30.10.201810[10] (отчет о финансовом положении банка[11] не передавался);

---

[3] «О несостоятельности (банкротстве)» (далее - Федеральный закон № 127-ФЗ

[4] О временной администрации по управлению кредитной: организацией» (далее - Положение Ж279-П)

[5] «О порядке формирования кредитными организациями резервов на возможные потери по ссудам, ссудной и приравненной к ней задолженности» (далее - Положение-№590-П)

[6] .«О. порядке формирования кредитными организациями резервов на возможные потери» (далее Положение №283 -П)

[7] «О методике определения стоимости, имущества (активов) и обязательств кредитной организации» (далее - Указание №3728-У)

[8] О перечне, формах и порядке составления и представления форм отчетности кредитных организаций в Центральный банк Российской Федерации» (далее - Указание № 4212-У)

[9] Далее — ГК «АСВ»

[10] Приказ Банка России от 15.10.2018 № ОД-2668

[11] Согласно п. 5.12 Положения от 09.11.20.15 №279-П «Положение о временной администрации по управлению кредитной организацией»

- результатов переписки по подтверждению остатков на счетах с банками - корреспондентами, с организациями-нерезидентами, с депозитариями;
- материалов по обследованию заемщиков кредитной организации;
- выписок движения по расчетным, ссудным счетам клиентов, заемщиков:
- бухгалтерские документы, учредительные документы и. др.

### II. Анализ деятельное Банк МБСП (АО) (г. Санкт-Петербург).

*2.1. Сведения об операциях и сделках, осуществленных Банк МБСП (АО) (г. Санкт-Петербург) в преддверии отзыва лицензии на осуществление банковских операций, повлекшие за собой ухудшение финансового состояния банка, в том числе связанные с реализацией высоколиквидных активов, возникновением и (или) изменением обременения имущества банка, являющегося обеспечением по обязательствам перед кредиторами всех уровней, а именно.: .*

Критическое ухудшение финансового состояния банка произошло но состоянию на 01.10.2018:

- значение собственных средств капитала банка приняло отрицательное значение (- 2732 млн. руб.);
- снижение нормативов достаточности, собственных средств (капитала) ниже 2%;
- резервы на возможные потери по ссудам увеличились до 11 273 млн, руб.. (на 01.09.2018-6 682 млн.руб.)

Данная ситуация связана с проведением банком высоко рискованной политики по размещению денежных средств и недооценкой принимаемых рисков.

В период е 06.08.2018 по 08.10.2018 в кредитной организации проводилась внеплановая инспекционная проверка, в ходе которой был составлен промежуточный акт от 28.08.2018 №А2КИ25-12/291 ДСП. по результатам которого в адрес Банка направлено требование о досоздании в срок до 01.10.2018 резервов по вложением в ценные бумаги UBS. AG London, а также задолженности:

- 5-ти компаний- нерезидентов (Group Rich 'Enterprises Limited, Global Traders & Consultants Limited, Quadra Commodities SA, Louis Dreyfus Suisse SA. Hervet Investments Limited), общий размер задолженности которых составил 165;9 млн. долл.. США, в рублевом эквиваленте - 10,2 млрд. руб. или порядка 27% нетто-активов Банка, резерв не менее 50%;
- 2-х заемщиков ООО «АгроПромСервис» и ООО «Нефть Поволжья»- общей задолженностью в.сумме 0.9 млрд. руб., резерв не менее 21%.

В результате выполнения требований предписания в деятельности Банка сложились вышеуказанные показатели. Банком недооценивались риски по крупным вложениям, в основном предоставленным юридическим лицам - нерезидентам, общий размер которых на дату отзыва лицензии составил 22,7 млрд. руб. (порядка: 60% нетто- активов).

Наибольшее влияние на ухудшение показателей деятельности оказало досоздание резервов по вложениям в ценные бумаги UBS AG London, которые были приобретены на внебиржевом рынке у компании RIVERROCK SECURITIES LIMITED в период с 07.02.2018 по 10.07.2018.

В целом Банком проведено 9 сделок по приобретению данных ценных бумаг на

общую сумму 139.5 млн. долл. США, что в рублевом эквиваленте составило 9,2 млрд. руб. (порядка 24% нетто-активов Банка). Депозитный учет долговых обязательств UBS AG London осуществляет Bank of New York Mellon - London Branch.

С учетом результатов проверки данные вложения были реклассифицированы Банком из 1 категории качества в 3 категорию качества с созданием резервов 50% (4,6 млрд.руб.). в связи с нераскрытием источников погашения и, учитывая, что в информационной системе Reuters данные долговые обязательства указаны как «кредитные ноты»[12].

Временная администрация в ходе проведения, обследования досоздала по данному активу резервы в размере 100%. .Подробная информация указана в разделе 2.4. «Сведения о реклассификации активов и досоздании по ним временной администрацией по управлению кредитной, организацией резервов, проводимой работе по выявлению противоправных деяний».

В октябре т.г. созданные, резервы до. даты отзыва лицензии увеличились до 16,4 млрд. руб. Наибольшее влияние на рост резервов оказало досоздание Банком[13] резервов:

- по трем крупным компаниям. - нерезидентам: Quadra Commodities SA, Louis Dreyfus Suisse SA. Ifchor SA до 100%, общий размер задолженности, который составлял 4,6 млрд. руб., величина досозданного резерва - 2,7 млрд, руб. Подробная информация в разделе 2.4;

- по материалам окончательного акта инспекционной проверки от 08.10.2018 №№А2КИ25-12/291ДСП, в соответствии с которым осуществлена реклассяфикация задолженности 9 заемщиков - резидентов[14] в общей-сумме 2,1 млрд.руб, или порядка 6% нетто-активов, величина досозданного резерва- 1,1 млрд, руб.

Временной администрацией составлен «перечень сделок, совершенных кредитной организацией до дня назначена временной администраций» согласно Приказу №ОД-1153. В период после направления данной информации в Северо-Западное ГУ. Банка России дополнительных данных не установлено.

Продолжается проведение работы с участием Адвоката Позднякова Александра Петровича, осуществляющего свою деятельность в форме адвокатского кабинета, договор об оказании юридических: услуг (от 22.10.2018 № ВА-02) с которым заключен временной администрацией ГК АСВ.

Отдельно отмечено информация о сделках, совершенных с ПАО Банк «Санкт-Петербург» и ПАО Банк «АЛЕКСАНДРОВСКИЙ» - приведена в 2.3. «Трансформация требований кредиторов по денежным обязательствам в более привилегированную очередность их удовлетворения, а. также дробления вкладов физических лиц с целью снижения их величины до максимально допустимого размера страхового возмещения».

---

[12] По материалам акта инспекционной проверки, в ходе проверки у банка запрашивался полный пакет эмиссионной документации. В период проверки' 03.09.2018 кредитная организация направляла запрос в DBS AG London, но к дате завершения проверки 08.10.2018 по информации Банка ответ не был получен.

[13] Приказом Банка России от 15.10.2018 №ОД-2668 функции временной администрации по управлению, кредитной организацией возложены на государственную корпорацию «Агентство по страхованию вкладов»

[14] ООО «Концерн МонАрх» (ИНН 7714947625), ООО «Нафта Транс» (ИНН 7707639901), ООО «СТРОЙГРУППСЕРВИС» (ИНН 7724248337), ООО «КВС» (ИНН 7804168380), АО «Совмортранс» (ИНН 7707084150), ООО «Прионежская горная компания» (ИНН 102000913), АО «ПСТ-И» (ИНН 77092Ш95), ООО «МТК» (ИНН 771.8535541), ООО «СитиСтрой» (ИНН 7733595016).

Временная администрация в ходе проведения обследования установила наличие фактов изменения состава залогового обеспечения. В настоящее время, продолжается изучение и: обобщение данной информации.

В ходе приема от кредитной организации документов по активам и залогового обеспечения временной администрацией была отмечена практика затягивания проведения мероприятий по направлению на регистрацию документов и получению из регистрирующих, органов сданных документов.

Например, в составе документов по залоговому обеспечению ООО «АВРО» переданных временной администрации содержатся расписки о сдаче документов в МФЦ в августе т.г, по 17 объектам общей стоимостью 204 745 тыс. руб. На дату отзыва лицензии документы из МФЦ не получены. Временная администрация не смогла оперативно получить данные документы, учитывая их передачу в архив в Росреестре.

В настоящее время временная администрация ожидает, получение из Росреестра (на бумажном носителях) сведений о недвижимости, зарегистрированной за кредитной организацией, в том числе, в виде обременения. Планируемая дата получения 14 декабря, после получения данной информации Временная администрация незамедлительно проведет дополнительный анализ балансовых и внебалансовых данных, по результатам которого будет направлена дополнительная информация.

*2.2. Сведения об реализованных банком, схемах трансформации требований кредиторов по денежным обязательствам в более привилегированную очередность ж удовлетворения, а также дроблением вкладов физических лиц с целью снижения их величины до максимально допустимого размера страхового возмещения*

Временной администрацией Государственной корпорации «Агентство по страхования вкладов» в связи с наступлением страхового случая сформирован реестр обязательна-банка перед вкладчиками по состоянию на 15.10.2018.

По информации временной администрации ПС АСВ полученной в рабочем порядке фактов трансформации требований кредиторов по денежным обязательствам, в более привилегированную очередность их удовлетворения, ,а также дробления вкладов физических лиц с целью снижения их величины, до максимально допустимого размера страхового возмещения не выявлено.

Банком в сентябре т.г. были реализованы кредитные договора, е низким уровнем кредитного риска ПАО Банк «Санкт-Петербург» и. ПАО «Банк «АЛЕКСАНДРОВОКИЙ». От банков -корреспондентов были получены денежные, средства, которые в частности были использованы на возврат-крупных депозитов физических яиц:

➢    ПАО «Банк «Санкт-Петербург»:

Правлением банка 01.09.2018 принято решение о заключении договора об уступке прав требования (цессии) между Банком МЕСП (АО) и ПАО «Банк «Санкт-Петербург по кредитному договору №5774-18 от 27.04.2018, заключенному с. ООО «Легион». 10.09.2018 заключен договор цессии, № 5774-18/Ц, сумма сделки 589 млн.руб. Денежные средства поступили на корреспондентский счет банка, открытый в Северо-Западном главном управлении Центрального банка[15].

➢    ПАО Банк «АЛЕКСАНДРОВСКИЙ»:

---

[15] Далее - Северо-Западное ГУ Банка России.

Правлением Банка 06.09.2018 принято решение о заключении договора об уступке права требования (цессии) между Банком МБСП (АО) и ПАО Банк «АЛЕКСАНДРОВСКИЙ» по кредитному договору №5736-17 от 20.02:2017, заключенному с ООО «Сэтл Инвест». 07.09.2018 заключен договор цессии №5736-17Ц, сумма сделки 200,8 млн.руб. Денежные средства поступили на корреспондентский счет Банка, открытый в Северо-Западном ГУ Банка России.

Таким образом, Банком переуступлены ликвидные активы в общей сумме 789,8 млн. руб. (ссудная задолженность ООО «Легион» - 1 категория качества и ООО «Сэтл Инвест» - 2 категория качества), и в оплату по сделкам поступили денежные средства.

Во второй половине сентября 2018 года Банком осуществлен возврат крупных депозитов, физических лиц, в том числе от продажи высоколиквидных активов, на,-общую сумму 824 млн. руб., в частности, привлеченных от Злобина AJL более 250 млн. руб., Кожина В.И,- (93 млн.руб.), Матюшина. Н.И. (47 млн. руб.), Васильева И.Б, (48 млн.руб.), а также собственникам кредитной организации Бажанову С.В. и его жене Бажановой Т.В. в сумме 73 млн. руб.

### III. Анализ активов Банка

Временной администрацией проведена оценка активов с учетом рекомендаций в проекте Подходов к оценке временной администрацией имущества (активов) кредитной организации, у которой отозвана лицензия на осуществление банковских операций.[16]

По состоянию на дату отзыва лицензии (на 31.10.2018) балансовая стоимость активов Банка без учета созданных, резервов на. возможные: потери составляла 37 627 888 тыс. руб., за вычетом сформированных Банком резервов - 2 542 892 тыс. руб. Структура активов Банка представлена в таблице 2.

Таблица 2 (тыс. руб.)

| Наименование статьи | Балансовая стоимость по состоянию на дату отзыва лицензии | Резерв, сформированный Банком | Резерв, доформированный временной администрацией (корректировка) | Справедливая стоимость (балансовая стоимость за вычетом сформированного банком резерва и корректировки временной администрации) |
|---|---|---|---|---|
| **Активы** | | | | |
| **Высоколиквидные активы** | **1 891 673** | **0** | **4548** | **1 887 125** |
| Денежные средства | 149 152 | 0 | 467 | 148 685 |
| Средства в Банке России | 1 698 619[17] | 0 | 0 | 1 698 619 |
| Средства в кредитных организациях | 43 902 | 0 | 4081 | 39 821 |
| **Ссудная задолженность*** | **21 937 575** | **11 802 754** | **4 841 461** | **5 293 360** |
| Межбанковские кредит | 37 716 | 0 | 10 927 | 26 789 |
| Кредиты юридическим лицам* | 11 945 717 | 4 320 445 | 2 364 581 | 5 260 691 |

[16] Опубликованы на КПИ Банка России 27.06.2018

[17] С учетом корректировочной проводки: поступление 30.10.2018 в доходы Банка процентов по кредиту на корреспондентский субсчет Московского филиала (Д30102 К706). Данная проводка не была отражена в учете 30.10.2018 и соответственно не включена в ведомость остатков и оборотную ведомость, сформированные и переданные временной администрации

| Наименование статьи | Балансовая стоимость по состоянию на дату отзыва лицензии | Резерв, сформированный Банком | Резерв, доформированный временной администрацией (корректировка) | Справедливая стоимость (балансовая стоимость за вычетом сформированного банком резерва и корректировки временной администрации) |
|---|---|---|---|---|
| Кредиты физическим лицам* | 81 511 | 75604 | 27 | 5 880 |
| Векселя | 0 | 0 | 0 | 0 |
| Аккредитивы | 5 462 370 | 4 778 091 | 684 279 | 0 |
| Уступка прав требования | 3 562 161 | 1 780 514 | 1 781 647 | 0 |
| Приобретение прав требования | 848 100 | 848 100 | 0 | 0 |
| Вложения в финансовые активы и ценные бумаги | 9 223 115 | 4 619 513 | 4 603 186 | 416 |
| Основные средства, нематериальные активы, запасы | 1 407 735 | 0 | 52 143 | 1 355 592 |
| Требования по текущему налогу на прибыль | 4 976 | 0 | | |
| Отложенный налоговый актив | 516 554 | 0 | | 516 554 |
| Прочие активы | 2 646 260 | 366 968 | 492251 | 1 787 041 |
| Требования по получению процентов* | 297 430 | 185 500 | 74229 | 37 701 |
| Дебиторская задолженность | 307 609 | 128 902 | 145253 | 33 454 |
| Долгосрочные активы, предназначенные для продажи | 1 944 515 | 52 566 | 272769 | 1 619 180 |
| Иные прочие активы** | 96 706 | 0 | | |
| **ИТОГО АКТИВОВ** | **37 627 888** | **16 789 235** | **9 993 589** | **10 845 064** |
| **Обязательства** | | | | |
| Средства Банка России | 0 | 0 | 0 | 0 |
| Кредиты Банка России | 0 | 0 | 0 | 0 |
| Средства по сделкам РЕПО | 0 | 0 | 0 | 0 |
| Средства кредитных организаций | 400 000 | | | 400 000 |
| **Средства клиентов** | **22 201 601** | | | **22 201 601** |
| Средства юридических лиц | 3 977 680 | | | 3 977 680 |
| Средства физических лиц и ИП | 18 223 921 | | | 18 223 921 |
| Картотека неисполненных платежей | | | | 0 |
| Прочие средства клиентов | | | | 0 |
| Выпущенные долговые обязательства | 265224 | | | 265 224 |
| Обязательства по текущему налогу на прибыль | 0 | | | 0 |
| Отложенные налоговые обязательства | 0 | | | 0 |
| Прочие обязательства | 541 725 | | | 241 725 |
| **ИТОГО ОБЯЗАТЕЛЬСТВ** | **23 408 550** | | | **23 408 550** |
| **Чистые активы** | **-2 569 897** | x | x | **-12 563 486** |

Временная администрация в ходе проведения обследования по состоянию на 31.10.20.1.8 считает необходимым отметить следующую информацию в отношении наиболее крупных видов вложений, имеющих наибольший риск.

*1. В отношении оценки вложений в ценные бумаги.*

По состоянию на 31.10.2018 по данным баланса Банка вложения в долговые обязательства 9-ти выпусков UBS AG London составили 139,5 млн. долл. США, что в рублевом эквиваленте составило 9,2 млрд. руб., 3 категория качества, резерв 50%.

-       06.11.2018 от Bank of New York Mellon — London Branch с использованием международной межбанковской системы передачи информации и совершения платежей - СВИФТ получено сообщение с подтверждением на 31.10.2018 принадлежности Банку данных ценных, бумаг;

-       получено письмо UBS AG London от 13.11.2018, с приложением пакета эмиссионной, документации и ценовых предложений по каждому выпуску.

Временной администрацией осуществлен рабочий перевод отдельных документов, из которых следует, что выписки имеют специальные условия, в частности:

- базовым условием являются заемные кредиты, предоставленные Hervet Investments Limited;

-       проценты,, уплачиваемые по облигациям, напрямую связаны с процентами по Базовому активу, за минусом сумм, подлежащих уплате эмитенту. Эмитент не обязан совершать какие-либо дополнительные выплаты держателям облигаций в случаях, когда сумма процентов, уплаченная в отношении Базового актива, меньше суммы, которая должна или могла быть получена Эмитентом.

-       сумма погашения, подлежащая, выплате, напрямую связана с поступлениями, полученными при погашении Базового актива. Эмитент не обязан совершать какие-либо дополнительные выплаты держателям облигаций.

Следует отметить, что Hervet Investment Limited (место нахождения – Annis Komninis, 29A, 1061, Nicosia, Кипр), является акционером Банка с долей менее 1%, начиная с 22.03.17 и по настоящее время. На протяжении длительного времени (начиная с 18.1.1.2002) являлся субординированным кредитором Банка. Объем субординированного займа до 2010 года составлял 10 млн. долларов США usd. В период с 2010-2016 годов заключено 6 дополнительных соглашений о пролонгации и увеличении суммы до 126 млн. долларов США usd и срока до 2025 года.

По полученным от сотрудников Банка комментариям (копии прилагаются), в целях поддержки Банка за период с марта по декабрь 2017 года Hervet Investment Limited безвозмездно прекратил обязательства по займу на сумму 80,6 млн. usd. Кроме того, в связи со снижением значений нормативов достаточности капитала ниже 2 процентов, остаток субординированного займа 30.09.2018 в соответствии с п.5.3 и 5.4 Договора списан на доходы Банка.

На дату отзыва лицензии Банк ее имеет обязательств перед Hervet Investment Limited , при этом Hervet Investment Limited имеет перед Банком задолженность, которая, сформировалась за счет уступки:

- 08.12.2017 прав требования к компании Simec Group Limited по аккредитивам № SHK/IBSP/21032017-02 на сумму 14 999.99 тыс.usd и № SHK/IBSP/14032017-01 на сумму 14 999.99 Tbic.usd;

- 27.12.2017 прав требования к компании Group Rich Enterprises Ltd по кредитному договору GR06092016 от 06.09.2016 на сумму 7 000 тыс.usd;

- 27.12.2017 прав требования к компании Soveliony Investment Limited по договору уступки прав требования (цессии) от 31.08.2017 (с учетом частичной оплаты на 2 млн. usd) на сумму 1 958 тыс. usd;

31.10.2018 Hervet Investment Limited допустила просрочку по процентам и не оплачивает их до настоящего времени.

В отношении Hervet Investment Limited временная администрация располагает копией письма Банка МБСП (АО) от 10.07.2018 № 478, направленного в адрес Quadra Commodities SA (получено из Quadra Commodities SA), в котором Банк МБСП (АО) подтверждает контроль над компанией Hervet Investment Limited, и сообщает, что господин Александр Зуев является непосредственным владельцем компании Hervet Investment Limited, В письме приведена информация, что Александр Зуев имеет российский паспорт номер 71 5860939. Копию письма прилагаем.

Учитывая наличие данных условий выпусков облигаций оценка риска по вложениям в долговые обязательства UBS AG London проведена в отношении Базового актива Hervet Investments Limited временной администрацией досозданы резервы в размере 100% - 4 603,2 млн. руб.

*2. В отношении аккредитивных операций*

По состоянию на 31.10.2018 на балансе Банка (счет .47410) числится задолженность по аккредитивам, предоставленным компаниям-нерезидентам, порядка 15% нетто-активов Банка, в частности:

| Название компании | Дата открытия аккредитива | Сумма (тыс. долл. США) | В рублевом эквиваленте (млн'.руб.) |
|---|---|---|---|
| Quadra Commodities SA (4 аккредитива) | с 19.07.2018 по 07.08.2018 | 47 999,9 | 3 159 |
| Louis Dreyfus Suisse SA | 12.10.2017 | 10 998,5 | 723,9 |
| AMAGGI | 24.08.2018 | И 999,9 | 789,7 |
| Ifchor SA | 12.09.2018 | 12 000 | 789,8 |
| ИТОГО | - | 82 998,5 | 5 462,4 |

В ходе проведения исследования сделок, совершенных Банком до момента отзыва лицензии с вышеуказанными компаниями-нерезидентами, а также документов, поступивших от данных компаний, установлено следующее.

От AMAGGI SA (Швейцария) не получен ответ, подтверждающий наличие обязательств перед Банком. В данной связи временной администрацией осуществлена реклассификация задолженности из 2 категории качества в 5-ю категорию качества, резерв увеличился на 684,3 млн. руб.

По остальным компаниям резерв досоздавался до 100% временной администрацией ГК АСВ.

Следует отметить, что Quadra Commodities SA, Louis Dreyfus Suisse SA. Ifchor SA ие подтвердили наличие обязательств перед Банком на дату отзыва лицензии на общую сумму 4 672 млн. руб.:

~ Quadra Commodities SA (Швейцария) - на балансе. Банка учитываются 4 неподтвержденных аккредитива на общую сумму 47 999.99 долл. США[18], во всех случаях, в день оплаты аккредитива остаток на корреспондентском счете в Bank of New York Mellon (США) был минимальным от 500 и до 600 долл.США, расчеты произведены за счет поступлений текущего дня., остаток на конец дня также минимален от 500 до 600 долл.США.

Quadra Commodities SA. представила документы в подтверждении отсутствия обязательств:

- копии договоров купли-продажи товаров от 12.07.2018, от 23.07.2018, от 27.07.2018, от 31.07.201.8, заключенных между Quadra Commodities SA и. Hervet Investments Limited, по которым Quadra Commodities SA поставляет товар, а Hervet Investments Limited осуществляет оплаты полной стоимости соответственно 17.07.2019, 25.03.201.9, 29.03.2019, 25.04.2019;

- копии договоров об освобождении от обязательств от 17.07.2018, от 26.07.2018, от 30.07.2018, от 02.08.2018, заключенных, между Quadra Commodities SA и Международным банком Санкт-Петербург. Договора содержат условия о том,. что банк освободит от обязательств по аккредитивам Quadra Commodities SA в случае переуступки Quadra Commodities SA Банку требований к Hervet Investments Limited по вышеуказанным договорам купли-продажи;

- копии писем[19] Quadra Commodities SA в адрес Международного банка Санкт-Петербург о переуступке требований от 20(07.2018, от 28.07.20.18, от 03.08.2018, от 08.08.2018.

- копии писем Банка М.БСП (АО) в адрес Quadra Commodities SA об исполнении обязательств от 20.07.2018., от 28.07.2018, от 03.08.2018, от 08.08.2018.

Louis Dreyfus Suisse SA - на балансе Банка учитывается неподтвержденный аккредитив на сумму 10 998,5 тыс. долл. США:

[18] 1) 17.07.2018 Банком заключен договор о выдаче аккредитива № LCI A18/01/001R и выдан безотзывный аккредитив № 1/7771 от 18.07.2018 на сумму 8 999 946,00 долларов США, 19.07.2018. был осуществлен платеж в пользу Quadra 'Commodities Singapore Pte Ltd в сумме 8 684 947,89 долларов США. Денежные средства списаны со счета в Bank of New York Mellon (СШ А), перевод осуществлен в DBS Bank, Singapore (Сийгапур).
2)      26.07.2018 заключен договор о выдаче аккредитива №. LCIA18/07/002R и выдан безотзывный аккредитив № 1/7791 .от 26.07.2018 на сумму 13 499 999,87 долларов США.
27.07.2018 Банком осуществлен платеж в пользу Quadra Commodities Singapore Pte Ltd в сумме 13 184 99.9,87 долларов США. Денежные средства списаны со счета в Bank of New York Mellon (США), перевод осуществлен в DBS Bank, Singapore (Сингапур).
3)      30.07.2018 заключен договор о выдаче аккредитива'№ LC.IA18/07/003R и выдан безотзывный аккредитив № L/7801 ОТ 01.08.2018 на сумму 13 499 99.9,75 долларов США.
02.08.2018 Банком осуществлен платеж в пользу Quadra Commodities Singapore Pte Ltd в сумме 13 176 369,62 долларов США. Денежные средства списаны со счета в Bank: of New York Mellon. (США), перевод осуществлен в DBS Bank, Singapore (Сингапур).
4)      02.08.2018 заключен договор о выдаче аккредитива № LC.1A18/07/004R и выдан безотзывный аккредитив N L/781Г от 06.08.2018 на сумму 11 999 999,88 долларов США.
07.08.2018 Банком осуществлен платеж, в пользу Quadra Commodities Singapore Pte Ltd в сумме 11 700 821,80 долларов США. Денежные средства списаны со счета в Bank of New York Mellon (США), перевод осуществлен в DBS Bank. Singapore (Сингапур).
[19] По форме приложения к договору об освобождении.

10.10.2017 Банком заключен договор о выдаче аккредитива и выдан безотзывный аккредитив. 16.10.2017 Банком осуществлен платеж в пользу Louis Dreyfos Company Asia Pte ltd, денежные средства списаны со счета в Bank of New York Mellon (США) перевод осуществлен в DBS Bank, Singapore (Сингапур),

В ответ на запрос временной администрации Louis Dreyfus Suisse SA в подтверждении отсутствия задолженности представили:

-       копия письма Louis Dreyfus Suisse SA в адрес Международного банка Санкт-Петербург о переуступке требований от 17.10.2017;

-       копия письма Louis Dreyfus Suisse SA в адрес Международного банка Санкт-Петербург и Hervet Investments Limited о переуступке требований от 17.10.2017;

-       копии письма Банка МБСП (АО) в адрес Louis Dreyfus Suisse SA об освобождении от обязательств от 17.10.2017.

Ifchor SA - на балансе Банка учитывается 1 неподтвержденный аккредитив на сумму 12 000 тыс. долл. США:

23.08.2018 Банком заключен договор о выдаче аккредитива и выдан безотзывный аккредитив. 23.08.2018 Банком осуществлен платеж в пользу Quadra .Commodities Singapore Pte Ltd, денежные средства списаны со счета, в Bank of New York Mellon (США), перевод осуществлен в DBS Bank, Singapore (Сингапур).

В ходе переписки посредством, электронной почты, осуществленной сотрудником Банка. Ifehor SA сообщила- об отсутствии, задолженности перед Банком и представила скан-копию письма Банка от 27.08.2018 об исполнении обязательств.

Временной- администрацией получены объяснения от сотрудников Банка:.

-       главного бухгалтера - вице-президента Бережанской Т.Н.

-       начальника департамента внешнеэкономической деятельности, и документарных операций Гусева О.В.

в которых сообщается о том, что сотрудники Байка не имели информации об отсутствии перед Банком задолженности но аккредитивам.

Решение о. выдаче аккредитивов принималось Правлением банка, в состав которого входили и по данным протоколов заседаний Правления принимали участие в работе правления: Председатель Правления Бажанов С.В. (с 15.10.2018 отстранен), члены правления - заместитель Председателя Правления - управляющий Московским филиалом Анищенков М.В. (уволился 12.11.2018), главный бухгалтер - вице-президент Бережанская Т.Н.. секретарь Агафонова И.Ю.. на Правление приглашались сотрудники Банка Гусев О.В., Бигун О.Ф., Раткевич А.О.

Но данным компаниям резервы созданы в размере 100%, при этом, - следует отметить, что обязательства в общей сумме 3 882,8 млн.руб. переуступлены Hervet Investments Limited.

*3. В отношении ссудной задолженности компаний-нерезидентов.*

По состоянию на 31.10.2018 на балансе Банка (счет 45606) числится ссудная задолженность компаний-нерезидентов порядка 12% нетто-активов Банка, в частности:

| Название компании | Дата/выдачи/пролонгации | Общая сумма (тыс. долл. США) | В рублевом экв. млн.руб. |
|---|---|---|---|
| Group Rich Enterprises Limited (Гонконг) | 06.09.2017/06.06.201'8 | 37979,3 | 24099,5 |
| Global Traders & Consultants Limited (Гонконг) | 24.08.2016/11.07.2017/24.05.2018 31.08.2016/11.07.2017/24.05.2018 | 29998,5 | 1974,3 |
| ИТОГО : | | 67977,8 | 4473,8 |

На дату отзыва лицензии, с учетом результатов инспекционной проверки, задолженность классифицирована в 3 категорию качества, резерв 50%. В адрес заемщиков направлены запросы о 'подтверждении долга:

- Group Rich Enterprises Limited (Гонконг) - письмо вернулось в Банк. По информации. курьерской службы в течении 14 дней не удалось установить телефонный контакт с адресатом, который фактически не находился по юридическому адресу;

- Global Traders. & Consultants Limited (Гонконг) - ответ не поступил.

В данной связи временной администрацией осуществлена реклассификация задолженности в 5 категорию, досозданы резервы до 100% в сумме 2 267,5 млн. руб.

*4. В отношении требований к Hervet Investments Limited (подробно информация, о компании приведена в п. 1) учитываемых на балансовом счете 47423.*

По состоянию на 31.10.2018 на балансе банка учитывается требование, к Hervet Investments Limited в общей сумме 2,6 млрд. руб. порядка 7% от нетто-активов, а именно:

| Наименование компании нерезидента | Дата договора переуступки | Наименование компании, задолженность которой переуступили | Сумма в тыс. долл. США | Сумма в млн. руб. | Категория качества |
|---|---|---|---|---|---|
| Hervet Investments Limited[20] | 27.12.2017 №2 | Group Rich Enterprises Limited | 7000 | 461 | 3 |

[20] Правлением Банка (протокол, от 27.12.2017 №66) были приняты решения о заключений договора об уступке прав требований (цессий) между .Hervet Investments Limited, как цессионарием, и Банком, как цедентом в части уступки цессионарию прав денежных требований.

- к Soveliony Investments Limited на сумму 3958 тыс. долл. США, вытекающих из договора об уступке требования (цессии) от 3L08.2017, установлении стоимости уступаемых прав в размере 3958 тыс. долл. США. сроков уплата уступаемых требований: 2000 тыс. долл. США - не позднее 29.12.2017, 1958 тыс. долл. США - не позднее 31.07.2025, расчет за уступаемые требования производить в долларах США; установление процентной ставки на сумму рассрочки (1958 тыс. долл. США) - 4,5% годовых. Обеспечение исполнения обязательств между Hervet Investments Limited перед Банком на период рассрочки - Договор залога прав требования по Договору о субординированном депозитном .вкладе в долларах США №9/СД от 18.11.2002. Банком заключен договор цессии от 27.12.2017 N3,сумма сделки 1958 тыс. долл.США.

- к Group Rich Enterprises Limited на сумму 7000 тыс. долл. США, вытекающих из кредитного договора от 06.09.2016 №GR.06.092016 установлении стоимости уступаемых прав - 7000 тыс. долл. США, срока оплаты уступаемых требований - не позднее 31.07.2025; расчет за уступаемые требования производить в долларах США; процентной ставки на сумму рассрочки- 4.5% годовых. Обеспечение исполнения обязательств между Hervet Investments Limited перед Банком на период рассрочки - Договор залога прав требования по Договору о субординированном депозитном вкладе в долларах США № 9//СД от 18.11.2002. . Банком заключен договор цессия от 27.12.201.7 №2,сумма сделки 7000 тыс. долл.США.

Комитетом управления рисками Банка (протокол от .10.11.2017 №69) принято решение о заключении с Hervet Investments Limited договора об уступки прав требования к Simec Group Limited на сумму 29999 тыс.долл. США, вытекающих да договоров об открытии аккредитивов №SHK/IBSP/2103201 в сумме 14.999 тыс. доял.США и

| | 27.12.2017 | Soveliony Investments Limited | 1958 | 129 | 3 |
|---|---|---|---|---|---|
| | 08.12.2017 №1 | Simec Group Limited | 29999,99 | 1974 | 3 |
| ИТОГО | | | | 2564 | |

С 31.10.2018 Hervet Investments Limited допустила просрочку по процентам и неоплачивает их до настоящего времени. Финансовое состояние оценивается Банком как«плохое»., в связи с чем временной администрацией досозданы резервы до 100% в сумме 1 782 млн. руб.

**В результате обследования установлено что общий объем активов, возврат которых должен быть осуществлен Hervet Investments Limited составляет 15,6 млрд, руб. (порядка 41% нетто-активов Банка), 5 категория качества, резерв 100%.**

Временной администрацией ведется подготовка соответствующего заявления в правоохранительные органы.

Также временная администрации считает необходимым, отметить следующую информацию в отношении активов банка.

### 3.1. Анализ высоколиквидных активов.

Объем высоколиквидных активов на дату отзыва лицензии (30.10.2018) составил 1 891 673 тыс. руб., в т.ч. денежные средства - 149 152 тыс. руб.. остатки Банка на корреспондентском, счете в Банке России - 1 698 61.9 тыс. руб. ( в т.ч.. обязательные резервы, депонируемые в Банке России-249 796 тыс. руб.), средства в кредитных организациях - 43 902 тыс. руб.,

#### *3.1.1. Денежные средства*

Временной администрацией проведена ревизия банкнот, монеты и иных ценностей, находящихся в головном офисе банка (г. Санкт-Петербург) и в филиалах кредитной организации (г. Москва, г. Новосибирск, г. Нижний Новгород, г. Волгоград, г. Ульяновск). Произведен 100% полистный пересчет денежной наличности, монеты и иных ценностей. В результате ревизии в головном офисе банка по адресу: г. Санкт-Петербург, Крапивный пер,, д. 5 установлены купюры иностранных государств вышедшие из обращения, что отражено в акте ревизии ценностей. По результатам ревизии: начислен 100% резерв на остаток денежной наличности, вышедшей из обращения, согласно п. 3.1.2 Подходов, п.2.9. Положения Банка России от 23.10.2017 №611-П «Положение о порядке формирования кредитными, организациями резервов на возможные потери»[21]:

| Наименование иностранной валюты | Остаток согласно формы 0409101, в рулевом | Размер начисленного РВП, руб. |
|---|---|---|

---

№SHK/ IBSP 14032017-01 в сумме 14999 тыс. долл. США, срок, оплаты уступаемых требований -- 31.07.2025. Обеспечение исполнения обязательств Hervet Investments Limited перед Банком на период рассрочки - Договор залога прав требования по Договору о -субординированном депозитном вкладе в долларах СШ.А№9/СД от 18.11.2002, Банком заключен Договор об уступке требований (цессия) от 08.12.2017 № 1, сумма сделки - 29999 тыс. долл. США

[21] Далее - Положение На 611 -П

| | эквиваленте, руб. | |
|---|---|---|
| GBR 2500 | 465500 | 465500 |
| SEK 100 | 2103 | 2103 |

*3.1.2. Средства кредитной организации в Банке России, в т. ч. обязательные резервы.*

Временной администрацией получены подтверждения об остатках на корреспондентских счетах головного офиса в Банке России (п. 3.2.Подходов):

| Наименование структурного подразделения | Сумма остатка, тыс. руб. |
|---|---|
| Головной банк | 1 433 779 |
| Филиал в г. Новосибирск | 934 |
| Филиал в г. Н. Новгород | 1 626 |
| Филиал в г. Ульяновске | 5 269 |
| Филиал, в г. Москва | 5 612 |
| Филиал в г. Волгоград | 1 603[22] |
| ФОТ | 249 796 |

*3.1.3. Средства на счетах НОСТРО, открытых в кредитных организациях, в т.ч. нерезидентах, а также учтенные на счетах 30413, 32301 (до востребования), 32302 (овернайт).*

В соответствии с п. 3.3.1 Подходов проведена сверка остатков на счетах НОСТРО кредиткой организации с данными об остатках, согласно ведомости остатков Банка МБСП (АО) на 31.10.2018. Для проведения сверки направлены письма в банки-корреспонденты об отзыве лицензии и назначении временной администрации в Банк МБСП (АО), о запрете на проведение платежей и подтверждении остатков на корреспондентских счетах банка. Согласно распоряжения руководителя временной администрации проведено взаимодействие с банками контрагентами, которым направлены: письма е использованием терминал а SWIFT.

  ➢ *Банки резиденты*

По состоянию на 01.12.2018 получены сообщения о подтверждении остатков от следующих банков-корреспондентов:

| № п.п. | Наименование банка-корреспондента резидентов | Валюта, счета | Остаток в валюте счета | Остаток в ведомости остатков банка, в валюте счета |
|---|---|---|---|---|
| 1 | АО Банк «Объединенный капитал» | Рубли | 699382,80 | 699382,80 |
| | | USD | 859,89 | 859,89 |
| | | EUR | 0,00 | 0,00 |
| 2 | АО «Альфа-Банк» | USD | 3783,94 | 3783,94 |
| | | NOK | 1688,68 | 1688,68 |
| | | CHF | 122063,45 | 122063,45 |
| | | BYN | 60157,13 | 60157,13 |
| 3 | Внешэкономбанк | USD | 1864,74 | 1864,74 |

---

[22] С учетом корректировочной проводки: поступление 30.10.2018 в доходы Банка процентов по кредиту на корреспондентский субсчет Московского филиала (Д30102 К706). Данная проводка не была отражена в учете 30.10.2018 и соответственно не включена в ведомость остатков и оборотную ведомость, сформированные и переданные временной администрации.

| | | EUR | 843,14 | 843,14 |
|---|---|---|---|---|
| 4 | ЗАО «Петербургский расчетный дом» | EUR | 843,14 | 843,14 |
| | | Рубли | 0,00 | 0,00 |
| 5 | ЗАО «Ардшинбанк» | USD | 0,00 | 0,00 |
| 6 | Банк ВТБ (ПАО) | Рубли | 6771966,98 | 6771966,98 |
| | | USD | 3857,55 | 3857,55 |
| | | EUR | 28994,77 | 28994,77 |
| | | EUR | 13816,87 | 13816,87 |
| | | USD | 14372,75 | 14372,75 |
| 7 | ПАО «БИНБАНК» | Рубли | 0,00 | 0,00 |
| | | USD | 0,00 | 0,00 |
| | | EUR | 0,00 | 0,00 |

По состоянию на 01.12.2018 не получено писем (информационных сообщений) от контрагентов по подтверждению остатков на балансовых счетах 30413 «Средства на торговых банковских счетах», что увеличивает риски по возврату денежной наличности в Банк МБСП (г. Санкт-Петербург):

- НКО НКЦ (АО) фондовая секция, средства на торговом банковском счете для расчетов по итогам клиринга в сумме 843 тыс. руб.;

- НКО АО НРД средства на торговом банковском счете для расчетов по итогам клиринга, сделки на условиях «поставка против платежа» в сумме 41 тыс. руб.

В соответствии п. 3.3.3. Подходов при не подтверждении остатков на счетах кредитной организации временной администрацией сформирован резерв на возможны потери в размере 100% от неподтвержденного остатка.

Таким образом, по результатам проведенных мероприятий доначислен резерв на возможные потери в размере 885 тыс. руб.

На дату подготовки данного заключения получены следующие SWIWT-сообщения от банков-нерезидентов (служебная записка с приложением SWIWT-сообщений от 06.11.2018, от 16.11.2018):

| № п.п | Наименование банка-корреспондента резидентов | Валюта, счета | Остаток в валюте счета | Остаток в ведомости остатков банка, в валюте счета |
|---|---|---|---|---|
| 1. | "BANK OF NEW YORK MELLON" | USD | 77 338,09 | 523,88 |
| 2. | "BANK OF NEW YORK MELLON"[23] | USD | | 137 050,00 |
| 3. | AGRICULTURALBANK OF CHINA LIMITED, SHANGHAI BRANCH | CHY | 194 698,72 | 194 698,72 |
| 4. | AKA Ausfuhrkredit-Geselshaft | USD/EUR | 0,00 | 0,00 |
| 5. | THE Bank of NY Mellon London[24] | USD | 495 179,89 | 166 038,53 |
| 6. | VTB BANK (EUROPE) SE | EUR | 684,10 | 1184,11 |
| 7. | VTB BANK (EUROPE) SE[25] | USD | 270 000,00 | 270 000,00 |

[23] Балансовый счет 32302 «Прочие размещенные средства в банка-нерезидентах» - овернайт.
[24] Депозитарно-денежный счет, балансовый счет 32301 «Прочие размещенные средства в банках-нерезидентах до востребования.

| 8.  | VTB BANK (EUROPE) SE             | EUR | 0,00       | 0,00       |
| --- | -------------------------------- | --- | ---------- | ---------- |
| 9.  | Raiffeisen Bank International AG  | EUR | 236 485,09 | 236 485,09 |
| 10. | Raiffeisen Bank International AG  | USD | 13 721,97  | 13 721,97  |
| 11. | Raiffeisen Bank International AG  | GBR | 1150,19    | 1150,19    |
| 12. | JSC HALYK BANK                   | KZT | 31 412,00  | 31 412,00  |

Расхождения сложилось за счет следующего (суммы в валюте счета):
  ➢ По п. 1,2 таблицы:
- отражены проценты 4.88, 2,90,2,90 за размещение средств в овернайт в сумме  10,68;
- произведен клиентский платеж, направленный 30.10.2018 в сумме – 55746,00;
- отражена комиссия за обслуживание счета, удерживается ежемесячно в сумме – 4500,47.
  ➢ По п. 5. Таблицы:
- отражен купонный доход по облигациям UBS AG London в сумме 164509,8;
- отражены проценты на остаток денежных средств 66,56;
- отражено урегулирование суммы полученного купонного дохода по облигациям UBS AG London 1916,67;
- отражен купонный доход по облигациям UBS AG London в сумме 164481,67;
  ➢ По п. 6. Таблицы:
- отражена комиссия в связи с отзывом лицензии на совершение банковских операций, удерживается ежемесячно в сумме – 500,00;
- отражена комиссия за поддержание административного счета, удерживается ежемесячно в сумме – 200.

До настоящего времени не подтверждены остатки в BANKA MONTE DI SIENA EUR, ZUERCHER KANTONALBANK EUR, которым направлены повторные запросы. Согласно учетным данным кредитной организации остатки по указанным банкам нерезидентам являются нулевыми.

Принимая во внимание указанную информацию и в соответствии с п. 3.3.3. Подходов произведено доначисление резервов по неподтвержденным остаткам:

Таблица 3 (тыс. руб.)

| Наименование КО | Остаток по состоянию на дату отзыва лицензии, тыс. руб. | Резерв, сформированный банком | Резерв, сформированный временной администрацией (корректировка) | Справедливая стоимость (балансовая стоимость за вычетом сформированного банком резерва и корректировки временной администрации) |
| --- | --- | --- | --- | --- |
| "Raiffeisen Bank International AG" | 18 746 | 0 | 81 | 18 665 |
| "BANK OF NEW YORK MELLON" | 34 | 0 | (3962)[26] | 34 |
| VTB BANK (EUROPE) SE | 89 | 0 | 37 | 52 |

На основании изложенного временной администрацией сделан вывод о том, что справедливая стоимость высоколиквидных активов составляет 1 887,125 тыс. руб.

*3.2. Анализ ссудной задолженности*

---

[25] Балансовый счет 32110 «Кредит, предоставленный при недостатке средств на корреспондентском счете («овердрафт»)» - страховой депозит.

[26] Платеж облигациями UBS AG London, отражен в таблице «Межбанковские кредиты»), б. сч. 47423.

Размер ссудной задолженности Банка на дату отзыва лицензии составил 21 937 575 тыс. руб. Доля ссудной задолженности в структуре активов Банка составляет 93%. Структура ссудной задолженности представлена в таблице 4.

Таблица 4 (тыс. руб.)

| Наименование статьи | Балансовая стоимость по состоянию на дату отзыва лицензии, тыс. руб. | Резерв, сформированный Банком | Резерв, сформированный временной администрацией (корректировка) | Справедливая стоимость (балансовая стоимость за вычетом сформированного банком резерва и корректировки временной администрации) |
|---|---|---|---|---|
| Межбанковские кредиты | 37 716 | 0 | 10 927 | 26 789 |
| Кредиты юридическим лицам | 11 945 717 | 4 320 445 | 2 364 581 | 5 260 691 |
| Кредиты физическим лицам | 81 511 | 75 604 | 27 | 5 880 |
| Векселя | 0 | 0 | 0 | 0 |
| Аккредитивы | 5 462 370 | 4 778 091 | 684 279 | 0 |
| Уступка прав требования | 3 562 161 | 1 780 514 | 1 781 647 | 0 |
| Вложения в приобретенные права требований | 848 100 | 848 100 | 0 | 0 |
| Итого: | 21 937 575 | 11 802 754 | 4 841 461 | 5 293 360 |

### 3.2.1. Межбанковские кредиты

Объем ссудной задолженности кредитных организаций на дату отзыва лицензии составил 37 716 тыс. руб., фактически сформированный резерв отсутствует. Заемщики Банка приведены в таблице 5:

Таблица 5 (тыс. руб.)

| Наименование эмитента | Балансовая стоимость по состоянию на дату отзыва лицензии, тыс. руб. | Резерв, сформированный Банком | Резерв, сформированный временной администрацией (корректировка) | Справедливая стоимость (балансовая стоимость за вычетом сформированного банком резерва и корректировки временной администрации) |
|---|---|---|---|---|
| Страховой депозит, размещенный в VTB BANK (DEUTSCHLAND) AG. Соглашение о выдаче гарантий от 08.11.2011 г. | 17 769 | 0 | 0 | 17 769 |
| Средства в BNYM-London Branch в рамках Договора хранения между Банк МБСП (АО) и THE Bank of NY | 10 927 | 0 | 10 927 | 0 |

| Mellon London Branch от 11.01.18 г. | | | | |
|---|---|---|---|---|
| «LATENIGHT INVESTMENT» в Bank of NY | 9 020 | 0 | 0 | 9020 |
| Итого: | 37 716 | 0 | 0 | 26 789 |

### 3.2.2. Ссудная задолженность.

Оценка ссудной задолженности осуществляется в соответствии с Положением от 28 июня 2017 года №590 «Положение о порядке формирования: кредитными организациями резервов на возможные потери по ссудам, ссудной и приравненной к ней задолженности» с учетом п. п.4.2.1., п. 4.2.2.1., п. 4.2.2.2... п. 4.2.2.3., п. 4.2.3., п. 4.2.9.3.1.» п. 4.2.9.3.2. Подходов.

Общий остаток ссудной задолженности юридических лиц составляет 11 945 717 тыс. руб. в том числе просроченная ссудная задолженность 723 521 тыс. руб. Кредиты выдавались в период с марта 2009 года по октябрь 2018 года. Процентная ставка по портфелю юридических лиц 1-4 категории качества варьируется от 3,5% по 18%; средняя процентная ставка составляет 11.8%. Целями кредитования по портфелю являются, в том числе пополнение оборотных средств, приобретение земельных участков, векселей, финансирование текущей деятельности, новация, рефинансирование. Период начисления процентов с 25 прошлого по 25 число отчетного месяца.

В составе ссудной задолженности отражены суммы по 3 выплаченным гарантиям:: просроченная задолженность по гарантии 4279-14 от 26.02.14 (ООО "БВЦ") в сумме 728 тыс. руб., просроченная задолженность по гарантии 4168-13 от 28.11.13 (ООО "БВЦ") в сумме 436 тыс. руб., просроченная задолженность но гарантии 4167-13 от 28.11.13 (ООО "БВЦ") в сумме 348 тыс. руб. РВП 100%.

Временной администрацией проведена сверка оригиналов кредитно-обеспечительной документации с ведомостью остатков кредитной, организации, анализируется порядок и суммы погашения ссудной задолженности перед банком. Согласно распоряжения руководителя временной администрации проведены выездные мероприятия по ознакомлению с деятельностью предприятий по адресам, указанным в едином государственном реестре юридических лиц[27] на предмет реальности деятельности[28] с фотофиксацией в отношении заемщиков резидентов.

Направлены письма заемщикам об остатке, и необходимости погашения ссудной задолженности и представлении отчетности за 3 квартал 2018 года и. проведении финансового анализа.

Информация в отношении заемщиков-нерезидентов приведена выше. В отношении крупнейших заемщиков-резидентов сообщаем следующее.

1. ООО "Концерн МонАрх", 2 кредита, фактическая задолженность в иностранной валюте - 15 050 тыс. ЕВРО (в рублях по курсу на дату отзыва лицензии 1 125 616 тыс. руб.) и в рублях 548 064 тыс. руб, порядок уплаты процентов - ежемесячно до 31 числа календарного месяца. Предметом кредитного договора является строительство жилых и нежилых зданий. Вид деятельности - строительство, обеспечение —нежилые помещения в г. Москве.

---

[27] Далее - ЕГРЮЛ

[28] Глава 2 Положения Банка России от 28 июня 2017 года № 590-П «О порядке формирования кредитными организациями резервов на возможные потери по ссудам, ссудной и приравненной к ней задолженности».

2. АО "Ленстройтрест" 2 кредита, фактическая задолженность в рублях 698 478 тыс.руб. порядок уплаты процентов - ежемесячно до 31 числа календарного месяца. Предметом кредитного договора является приобретение земельного участка. Вид деятельности -операции с недвижимостью, обеспечение - 8 земельный участков в Ленинградской области.

3. ООО "Интерлизингстрой" 2 кредита, фактическая задолженность в рублях 630 025 тыс. руб, порядок уплаты процентов - в конце срока, Предметом, кредитного договора является новация и финансирование текущей деятельности. Вид деятельности - операции с недвижимостью, обеспечение - 6 нежилых помещений в г. Санкт-Петербурге.

4. ООО "НЕФТЬ ПОВОЛЖЬЯ" 4 кредита, фактическая задолженность в рублях 564 222 тыс. руб., порядок уплаты процентов - ежемесячно до 31 числа календарного месяца. Предметом кредитного договора является финансирование текущей деятельности, покупка акций. Вид деятельности -оптовая торговля твердым, жидким и газообразным: топливом, обеспечение - векселя, акции, права аренды земельных участков.

5. ООО "Прионежская горная компания" 5 кредитов, фактическая задолженность в рублях 413 829 тыс. руб, порядок уплаты процентов - ежемесячно до 31 числа календарного месяца. Предметом кредитного договора является погашение основного долга по Соглашению о новации №1 от 30.08.16, финансирование текущей деятельности, рефинансирование кредитов Сбербанка. Вид деятельности - добыча декоративного и строительного камня, обеспечение - земельные участки в Ленинградской: области.

6. АО "ПСТ-И" 1 кредит, фактическая задолженность в рублях 387 090 тыс.руб, порядок уплаты процентов - ежеквартально до 31 числа календарного месяца, следующего за отчетным кварталом. Предметом кредитного договора является пополнение оборотных средств, оплата по договору участия в долевом строительстве. Вид деятельности - строительство жилых и нежилых зданий, обеспечение - имущественные права - Залогодателя к Застройщику передать в собственность Залогодателя объекты недвижимости в Московской области.

7. ООО "КВС" 1 кредит, фактическая задолженность в рублях 300 000 тыс. руб. порядок уплаты процентов - ежеквартально до 31 числа календарного месяца, следующего за отчетным кварталом. Предметом кредитного договора является пополнение оборотных, средств. Вид деятельности - строительство жилых и нежилых зданий, обеспечение - земельный участок с нежилыми зданиями расположенный по адресу г. Санкт-Петербург, Мельничная улица.

Временной администрацией проведен мониторинг финансовой отчетности Заемщиков, своевременности погашения основного долга и процентов согласно условиям договоров. По результатам проведенных мероприятий установлены следующие основания для переоценки кредитного риска:

- на основании п. 3.7.2.3. Положения Банка России от 28.06.2017 №590-П «О порядке формирования кредитными организациями резервов на возможные потери по ссудам, ссудной и приравненной к ней задолженности» - имеется :случай просроченных платежей но основному долгу и (или) процентам в течение последних 180 календарных дней, по ссудам, предоставленным юридическим лицам. - продолжительностью (общей продолжительностью) до 30 календарных дней включительно:

| Наименование клиента | Реквизиты договора | Классификация ссуд по категориям качества[29] | Величина резерва к созданию | |
|---|---|---|---|---|
| | | | РВПС (тыс.руб.) | РВП (тыс.руб.) |
| ООО «ЛЕГЕНДА ДАЛЬНЕВОСТОЧНОГО» | 3753-17 от 28.09.17 | III (22%) среднее/среднее | 32887 | |
| АО «Ульяновский патронный завод» | У-703-18 от 13.07.18 | III (21.5%) среднее/среднее | 6770 | 3979 |
| ООО «СитиСтрой» | 3037-КЛ от 27.08.18 | V (100%) плохое/неудовлетворительное | 1105 | |
| ИТОГО | | | | |
| | | | 40763 | 3979 |

- увеличен РВПС с 1 до 4% на основании проведенного анализа финансово-хозяйственной деятельности:

| Наименование клиента | Реквизиты договора | Классификация ссуд по категориям качества (оценка фин. положения обслуживание долга, риск прочих факторов) | Величина резерва к созданию | |
|---|---|---|---|---|
| | | | РВПС (тыс.руб.) | РВП (тыс.руб.) |
| ООО «ЮНИКС» | 5783-18 от 21.08.18 | II (4%) среднее/хорошее | 3505 | 12004 |
| ИТОГО | | | 3505 | 12004 |

- на основании п. 3.7.2.2. Положения № 590-П - ссуда реструктурирована, то есть на основании соглашения (до отзыва лицензий) банка с заемщиком изменены существенные условия первоначального договора, на основании которого ссуда предоставлена, при наступлении которых заемщик получает право исполнять обязательства по ссуде в более благоприятном режиме (например, изменение срока погашения ссуды (основного долга и (или) процентов):

| Наименование клиента | Реквизиты договора | Классификация ссуд по категориям качества (оценка фин. положения/обслуживание долга, риск прочих факторов) | Величина резерва к созданию | |
|---|---|---|---|---|
| | | | РВПС (тыс.руб.) | РВП (тыс.руб.) |
| АО «Ленстройтрест» | 5778-18 от 18.05.18 | III (22,5%) среднее/среднее | 37710 | |
| ИТОГО | | | 37710 | 0 |

ИТОГО резервы досозданы по заемщикам банка - резидентам 97 041 тыс, руб. по заемщикам банка - нерезидентам 2 267 540 тыс. руб.

Ссудная задолженность юридических лиц за вычетом созданных резервов составляет 5 260 691 тыс. руб..

*3.2.3. Ссудная задолженность физических лиц*

Ссудная задолженность физических лиц состоит из 40 кредитов на сумму 81 511, в том числе:

---

[29] Оценка фин. положения/обслуживание долга, риск прочих факторов

- 15 кредитных договоров физических лиц на. индивидуальных условиях., общий остаток ссудной, задолженности составляет 7 494 тыс. руб., просроченная: ссудная задолженность в сумме 71 730 тыс. руб.;

- 25 кредитных договоров физических лиц выданных с использованием пластиковых карт на сумму - 6 567 тыс. руб., просроченная ссудная задолженность в сумме 4 077 тыс. руб.

Кредиты выдавались в период с 2013 по 2018 годы; процентная ставка варьируется с 10% по 21%; ссудные средства предоставлялись на потребительские цели (включая сотрудников) и на пластиковые карты. Период начисления процентов с 25 прошлого по 25 число отчетного месяца.

Временной администрации досозданы резервы в сумме 27 тыс. руб.

Направлены письма заемщикам об остатке и необходимости погашения ссудной задолженности.

*3.2.4. Ссудная задолженность, объединенная в портфели однородных ссуд (ПОС)*
Портфель однородных ссуд в кредитной организации не формировался.

*3.2.5. Учтенные векселя*
На балансе банка учтенные векселя не отражены,

*3.2.6. Приобретенные права (требования)*
Банком приобретены у компании. Soveliony Investments Limited[30] по договору об уступке прав требования (цессия) б/н от 31.08.2017 (задолженность ООО "Авро") сумма сделки - 848 100 тыс. руб., часть денежных требований к Обществу с ограниченной ответственностью «АВРО», в размере 1 038 464 967,33 (Один миллиард тридцать восемь миллионов четыреста шестьдесят четыре тысячи девятьсот шестьдесят семь) рублей 33 копейки, вытекающих из кредитного договора №5257-12/1 от 23.03.2012, кредитного договора № 5464-13 от 30.01.2013. кредитного договора № 5478-13 от 25,02.2013, кредитного договора № 5419-12 от 23.10.2012, кредитного договора № 5429-12 от 07.11.2012. кредитного договора № 5369-12 от 20.08.2012, кредитного договора № 5457-12 от 09.01,2013, кредитного договора № 5445 - 12 от 05.12.2012. кредитного договора № 5508-13 от 25.04.2013, кредитного договорам 5482-13 от 07.03.2013.

Резерв 100%, категория качества 5.

С учетом изменений оценки кредитного риска по ссудной задолженности временной администрацией досозданы резервы, по начисленным процентам в общей сумме 74229 тыс. руб.

*3.3. Анализ вложений в финансовые активы и ценные бумаги*

По состоянию на дату отзыва лицензии на балансе Банка отражены вложения в ценные бумаги и прочие финансовые вложения в общем объеме 9 223 115 тыс. руб.[31], сформированные Банком резервы - 4 619 513 тыс. руб. Перечень эмитентов ценных бумаг приведен в таблице 7:

Таблица 7 (тыс. руб.)

---

[30] Балансовый счет 47802 «Права требования по договорам на предоставление (размещение) денежных средств»
[31] С учетом переоценки справедливой стоимости, сформированных резервов и прочих корректировок в соответствии с формой отчетности 0409110 «Расшифровки отдельных показателей деятельности кредитной организации» (далее – форма 0409110)

| Наименование эмитента | Балансовая стоимость по состоянию на дату отзыва лицензии, тыс. рублей | Резерв, сформированный Банком | Резерв, доформированный временной администрацией (корректировка) | Справедливая стоимость (балансовая стоимость за вычетом сформированного банком резерва и корректировки временной администрации) |
|---|---|---|---|---|
| *Имеющиеся в наличии для продажи* | | | | |
| Облигации UBS AG London | 9181479 | 4578295 | 4603184 | 0 |
| Акции ЗАО "СПб РДЦ" | 44 | 0 | 0 | 44 |
| Акции АО "СПВБ" | 372 | 0 | 0 | 372 |
| Акции АО "ПМФД" | 4 | 2 | 2 | 0 |
| *Долговые обязательства, не погашенные в срок* | | | | |
| Акции ОАО "Мособлтрастинвест" | 41216 | 41216 | 0 | 0 |
| **Итого:** | **9 223 115** | **4 619 513** | **4 603 186** | **416** |

Временной администрацией проведен анализ адекватности оценки Банком уровня риска по имеющимся финансовым вложениям, по результатам которого выявлены основания для реклассификации отдельных позиций.

Облигаций UBS AG London (подробная информация: приведена в р. 2,4. Сведения о реклассификации активов и досоздании по ним временной администрацией по управлению кредитной организацией резервов, проводимой работе но выявлению противоправных деяний),. Временной администрацией доформирован резерв на возможные потери до 100%.

**С учетом резервов, досозданных временной администрацией, стоимость вложений составляет 416 тыс.руб.**

### *3.4. Анализ основных средств, нематериальных активов, запасов и долгосрочных активов, предназначенных для продажи.*

На дату отзыва лицензии на балансе Банка числятся следующие средства, нематериальные активы, запасы и долгосрочные активы, предназначенные для продажи, отраженные в таблице 8:

Таблица 8 (тыс. руб.)

| Наименование статьи | Балансовая стоимость по состоянию на дату отзыва лицензии, тыс. рублей | Резерв, сформированный Банком | Резерв, доформированный временной администрацией (корректировка) | Справедливая стоимость (балансовая стоимость за вычетом сформированного банком резерва и корректировки временной администрации) |
|---|---|---|---|---|
| Основные средства (кроме земли), земельные участки, вложения в сооружение (строительство), создание и приобретение основных средств (за вычетом амортизации) | 1 407 735 | 0 | 52 143 | 1 355 592 |

*Дебиторская задолженность.*

Временной администрацией проведено досоздание резервов в сумме 145253 тыс.руб., в частности по следующим требованиям, отраженным: на балансовом счете 47423:

- требования в размере 33 516 тыс.руб. к АО "БКС Банк", которое возникло 16.10.2018 по сделкам РЕПО, заключенным 04.10.2018г. через ПАО Московская Биржа, в связи с неисполнением сделок РЕПО со стороны Банка, введением 15.10.2018 временной администрации (ПС АСВ) и моратория на удовлетворение требований кредиторов. До текущего момента Банком не было получено уведомление о том, что средства истребованы как фиксированное возмещение за неисполнение сделок (п.37.1 Правил клиринга НКЦ АО предполагает уплату неисполнившей стороной фиксированного возмещения, при этом п.37.4. указанных Правил позволяет участнику клиринга (АО «БКС Банк») отказаться от получения фиксированного возмещения). В период работы временной администрации ГК АСВ проводились переговоры с АО «БКС Банк». 30.10.2018 Банком был направлен официальный запрос в НКО НКЦ (АО) с просьбой предоставить комментарии: сложившейся ситуации.

В связи с неполучением ответа 21.11.2018 временная администрация направила запрос на. возврат денежных средств АО «БКС Банк». До настоящего момента ответа не поступало, досоздан резерв в размере 100%.

До настоящего момента ответа не поступало. 21.11.2018 направлен официальный запрос на возврат денежных, средств от имени действующей: временной администрации в АО «БКС Банк». Действующей временной администрацией доначислен резерв в размере 100%:

- требования в размере 106 669 тыс. руб. к ООО «Компания БКС» возникло 16.10.2018 по сделкам РЕПО, заключенным 27.09.2018г. и 04.10.2018г. через ПАО Московская Биржа, в связи с неисполнением сделок РЕПО. со стороны Банка, введением 1.5.10.2018 временной администрации (ГК АСВ) и моратория: на удовлетворение требований кредиторов. До текущего момента Банком не было получено уведомление о том, что средства истребованы как фиксированное возмещение за неисполнение сделок (п.37.1 Правил клиринга НКЦ АО предполагает уплату неисполнившей стороной фиксированного возмещения, при этом п.37.4. указанных Правил позволяет участнику клиринга (ООО «Компания БКС») отказаться от получения фиксированного возмещения).

В период работы временной администрации ГК АСВ проводились переговоры с ООО «Компания БКС». 30.10.2018 Банком был направлен официальный запрос в НКО НКЦ (АО) с просьбой предоставить комментарии сложившейся ситуации.

В связи с неполучением ответа 21.11.2018 временная: администрация направила запрос на возврат денежных средств в ООО «Компания БКС». До настоящего момента ответа не поступало, досоздан резерв в размере 100%.

## IV. Обязательства

По состоянию на дату отзыва лицензии обязательства перед клиентами Банка составляют 23 408 550 тыс. руб., в том числе:

- средства, привлеченные от кредитных организаций - 400 000 тыс. руб.

- средства клиентов, не являющихся кредитными организациями - 22 201 601 тыс. руб., в том числе вклады (средства) физических лиц и индивидуальных предпринимателей, 18 223 921

тыс. руб. (банком - агентом осуществлены выплаты физическим лицам и индивидуальным предпринимателям - 15 875 203 тыс. руб.), средства юридических лиц 3977680 тыс. руб.
- выпущенные долговые обязательства - 265 224 тыс. руб.;
- прочие обязательства - 541 725 тыс. руб.

Кроме того, в состав обязательств в соответствии с порядком составления и отчетности по форме 0409806 «Бухгалтерский баланс (публикуемая форма)» включается резерв на возможные потери по условным обязательствам кредитного характера, по которым на основании п. 3.12., п.. 6.5. Положения № 590-П в связи с непредставлением финансовой отчетности по гарантиям, наличием в составе обеспечения но гарантиям векселей Банка и депозитов в Банке, произошло увеличение резервов с 179 278 тыс. руб. до 470 632 тыс. руб.

## V. Расчет стоимости имущества и обязательств.

Временной администрацией с учетом досозданных резервов произведен расчет бухгалтерского баланса (публикуемой формы) п. 3 Порядка составления и представления отчетности по форме 0409806 «Бухгалтерский баланс (публикуемая форма)» приложения 1 к Указанию №4212-У[37] (приведен в приложении).

По результатам произведённого расчета размер активов составил 10 845 064 тыс. руб., размер обязательств перед клиентами 23 879182 тыс. руб.,

**Таким образом, недостаток имущества для исполнения обязательств по данным временной администрации составляет 13034118 тыс. руб.**

**Данное обстоятельство указывает на наличие признака банкротства, определенного статьей 189.8 Федерального закона от 26.10.2002 №127-ФЗ «О несостоятельности (банкротстве)» (далее - Федеральный закон №127-ФЗ), а именно: недостаточность стоимости имущества, (активов) кредитной организации для исполнения своих обязательств перед кредиторами.**

*Временная администрации 08.11.2018[38] письмом от 08.11.2018 №46-ВА обращалась в Северо-Западное ГУ Банка России с информацией о признаках банкротства Банк МБСП (АО). Судебное заседание по заявлению Северо-Западное ГУ Банка России о признании должника Банк МБСП (АО) банкротом назначено на 18.12.2018.*

Приложение: Форма 0409806 «Бухгалтерский баланс (публикуемая форма)» на 01.12.2018 -1 л.

Руководитель временной администрации
по управлению кредитной организацией
Банк МБСП (АО)                                                                Т.П. Работа

---

[37] Указание Банка России от 24.11.2016 № 4212-У «О перечне, формах и порядке составления и представления форм отчетности кредитной организации в Центральный банк Российской Федерации».
[38] Размер активов – 20 837 242 тыс. руб., размер обязательств – 23 587 828 тыс. руб.

Банковская отчетность

| | Код территории по ОКАТС | Код кредитной организации (филиала) | |
|---|---|---|---|
| | | лоОКПО | регистрационн ый номер |
| | 40 | 09806578 | 197 |

**БУХГАЛТЕРСКИЙ БАЛАНС**
(публикуемая форма)

на 31.10.2018

Кредитной организации _____ Международный банк Санкт-Петербурга (Акционерное общество), Банк МБСП (АО) _____
(полное фирменное и сокращенное фирменное наименование)

Адрес (место нахождения) кредитной организации 194044, г. САНКТ-ПЕТЕРБУРГ КРАПИВНЫЙ ПЕР., 5_____

Код формы по ОКУД 0409806
Квартальная (Годовая)

| Номер строки | Наименование статьи | Данные на дату отзыва лицензии (31.10.2018), тыс., руб. | Данные на дату отзыва лицензии по результатам обследования (31.10.2018), тыс. руб. |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| | I АКТИВЫ | | |
| 1 | Денежные средства | 149152 | 148685 |
| 2 | Средства кредитной организации в Центральном банке Российской Федерации | 1697208 | 1698619 |
| 2.1 | Обязательные резервы | 249796 | 249796 |
| 3 | Средства в кредитных организациях | 43902 | 39821 |
| 4 | Финансовые активы, оцениваемые по справедливой стоимости через прибыль или убыток | 0 | 0 |
| 5 | Чистая ссудная задолженность | 10134821 | 5293360 |
| 6 | Чистые вложения в ценные бумаги и другие финансовые активы, имеющиеся в наличии для продажи | 4603602 | 416 |
| 6.1 | Инвестиции в дочерние и зависимые организации | 0 | 0 |
| 7 | Чистые вложения в ценные бумага, удерживаемые до погашения | 0 | 0 |
| 8 | Требование по текущему налогу на прибыль | 4976 | -4976 |
| 0 | Отложенный налоговый актив | 516554 | 516554 |
| 10 | Основные средства, нематериальные активы и материальные запасы | 1407735 | 1355592 |
| 11' | Долгосрочные активы, предназначенные для продажи | 1891949 | 1619180 |
| 12 | Прочие активы | 387343 | 167861 |
| 13 | Всего активов | 20837242 | 10845064 |
| | II. ПАССИВЫ | | |
| 14 | Кредиты, депозиты и прочие средства Центрального банка Российской Федерации | 0 | 0 |
| 15 | Средства кредитных организаций | 400000 | 400000 |
| 10 | Средства клиентов, не являющихся кредитными организациями | 22201601 | 22201601 |
| 16.1 | Вклады (средства) физических лиц, в том числе индивидуальных предпринимателей | 18223921 | 18223921 |
| 17 | Финансовые обязательства, оцениваемые по справедливой стоимости через прибыль или убыток | 0 | 0 |
| 18 | Выпущенные долговые обязательства | 285224 | 265224 |
| 19 | Обязательства по текущему налогу на прибыль | 0 | '0 |
| 20 | Отложенные налоговые обязательства ∎ | 541725 | 0' 541725 |
| 21 | Прочие обязательства | 179278 | 470632 |
| 22 | Резервы на возможные потери по условным обязательствам кредитного характера, прочим возможным потерям и операциям с резидентами оффшорных зон | | |
| 23 | Всего обязательств | 23587828 | 23879182 |
| | III. ИСТОЧНИКИ СОБСТВЕННЫХ СРЕДСТВ | | |
| 24 | Средства акционеров (участников) | 1738028 | 1736026 |
| 25 | Собственные акции (доли), выкупленные у акционеров (участников! | 0 | 0 |
| 26 | Эмиссионный доход | 1172839 | 1172938 |
| 27 | Резервный фонд | 163265 | 163255 |
| 28 | Переоценка по справедливой стоимости ценник бумаг, имеющихся в наличии для продаж, уменьшенная на отложенное налоговое обязательство (увеличенная на отложенный налоговый актив) | -478 | -479 |
| 29 | Переоценка основных средств и нематериальных активов, уменьшенная на отложенное налоговое обязательство | 28 | 28 |
| 30 | Переоценка обязательств (требований) по выплате долгосрочных вознаграждений | 0 | 0 |
| 31 | Переоценка инструментов хеджирования | 0 | о- |
| 32 | Денежные, средства безвозмездного финансирования (вклады в имущество) | 0 | 0 |
| 33 | Нераспределенная прибыль (непокрытые убытки) прошлых лет | 1540620 | 1.640620 |
| 34 | Неиспользованная прибыль (убыток) за отчетный период | -7362975 | -17646507 |
| 35 | Всего источников собственных средств | -2750586 | -13034118 |
| | IV. ВНЕБАЛАНСОВЫЕ ОБЯЗАТЕЛЬСТВА | | |
| 36 | Безотзывные обязательства кредитной организации | 4650620 | 4650620 |
| 37 | Выданные кредитной организацией гарантии и поручительства | 3206677 | 3206677 |
| 38 | Условные обязательства некредитного характера | 0 | 0 |

# Exhibit 2

# HERVET INVESTMENTS LIMITED

*(the "Company")*

*Private company registered in Cyprus under registration number 113163*
*and registered address at 29A Annis Komninis Street, P.C.1061, Nicosia - Cyprus*

To:

International Bank of St – Petersburg (Joint-Stock Company) (the "Bank")
194044, Krapivny per.,5
St. Petersburg

11th of December 2018

Dear Sirs,

RE: Notification addressed to the Company dated 19/11/2018 (the "Notification")

We refer to the Notification received by the Company in respect of the following assignment agreements:

1. Assignment Agreement No.1 dated 08/12/2017 between the Company as Assignee and Bank IBSP as Assignor for the total amount of USD 30,129,445.13 consisting of principal amount USD 29,999,993.10 and interest amount USD 129,452.03;

2. Assignment Agreement No.2 dated 27/12/2017 between the Company as Assignee and Bank IBSP as Assignor for the total amount of USD 7,030,205.48 consisting of principal amount USD 7,000,000.00 and interest amount USD 30,205.48;

3. Assignment Agreement No. 3 dated 27/12/2017 between the Company as Assignee and Bank IBSP as Assignor for the total amount of USD 1,966,481.38 consisting of principal amount USD 1,958,032.33 and interest amount USD 8,449.05;

*(hereinafter the above agreements shall be collectively referred to as the "Assignment Agreements").*

We hereby inform you that the Assignment Agreements have been recorded in the Company's accounting records. Further, we hereby inform you that, as of the date of this letter the Company is unable to pay its debts as they fall due to the Bank pursuant to the terms and conditions of the Assignment Agreements.

(Sgn.)
Xenofon Hadjiantoniou
Director
For and on behalf of Hervet Investments Limited



KINANIS

11ᵗ of December 2018

INTERNATIONAL BANK OF ST. PETERSBURG
5 Krapivny Per. 194044
ST. PETERSBURG, RUSSIA
+7 812 327 11 08

Dear Sirs,

Please find herewith enclosed the following original document for the below mentioned company:

<u>RE: HERVET INVESTMENTS LIMITED (the 'Company')</u>

1.  Letter to International Bank of St. Petersburgh dated 11.12.2018 signed by the director of the Company.

Yours sincerely,

Savvina Miltiadou
Trainee Lawyer
Corporate division – KINANIS LLC

Юридический центр Восстания-6,  Бюро переводов

Санкт-Петербург, ул. Восстания, 6.

Тел. +7 812 273 7003

Факс: +7 812 719 95 71

E-mail: trans@v6.spb.ru

Legal Centre Vosstaniya-6, Translation Agency

St. Petersburg, Ul. Vosstaniya, 6

Tel. +7 812 273 7003

Fax: +7 812 719 95 71

E-mail: trans@v6.spb.ru

*Перевод с английского языка*

## «КИНАНИС» (KINANIS),
## ЮРИДИЧЕСКАЯ ФИРМА

### 11 декабря 2018 года

### МЕЖДУНАРОДНЫЙ БАНК САНКТ-ПЕТЕРБУРГА
РОССИЯ, 194044 САНКТ-ПЕТЕРБУРГ, Крапивный переулок, дом 5
тел.: + 7 812 327 11 08

Уважаемые господа,

Настоящим прилагаем следующий оригинал документа для указанной ниже компании:

### КАСАТЕЛЬНО: «ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД» (HERVET INVESTMENTS LIMITED)  («Компания»)

1.  Письмо в Международный банк Санкт-Петербурга от 11.12.2018 за подписью директора Компании.

С уважением,

*/подпись/*

Саввина Мильтиаду

Юрист-стажер

Корпоративный отдел – Компания «КИНАНИС ЛЛС» (KINANIS LLC)

Офис на Кипре

«КИНАНИС ЛЛС»

ЮРИДИЧЕСКАЯ ФИРМА

12 Иджипт Стрит, 1097, Никосия,

Кипр

Тел. +357 22 55 88 88

Факс +357 22 66 35 00

«КИНАНИС ЛЛС» kinanis.com

www.kinanis.com

Офис на Мальте

«КИНАНИС» ЮРИДИЧЕСКАЯ

ФИРМА

КИНАНИС ФАЙДУШЕРИЗ

ЛИМИТЕД

Оф. 20 Пентхаус, 4-й этаж,

бизнес-центр «Европа»

Дук Карм Стрит  *не читается*

BKR 9034 Мальта

*не читается*

Представительство в Китае

«КИНАНИС (ЧАЙНА) ЛИМИТЕД»

*не читается*

Шанхай, 200003, Китай

*не читается*

«ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД» (HERVET INVESTMENTS LIMITED)
(«Компания»)

*Частная компания, зарегистрированная на Кипре под регистрационным номером 113163, расположенная по адресу 29А, Аннис Комнинис, П.И. 1061, Никосия Кипр.*

Кому:
Международный Банк Санкт-Петербурга (акционерное общество) (далее – «Банк»)
194044, Санкт-Петербург, Крапивный пер., д.5

11 декабря 2018 года

Уважаемые Господа,

**ОТНОСИТЕЛЬНО: Уведомление на адрес компании от 19.11.2018 (далее – «Уведомление»)**

Мы ссылаемся на уведомление, полученное компанией в отношении следующих соглашений о передаче:

1.  Соглашение о передаче № 1 от 08.12.2017 между компанией в качестве Правопреемника, и Банком МБСП в качестве Цедента, на общую сумму 30 129 445,13 долларов США, состоящую из суммы основного долга в размере 29 999 993,10 долларов США и суммы процентов в размере 129 452, 03 доллара США;

2.  Соглашение о передаче № 2 от 27.12.2017 между Компанией в качестве Правопреемника, и Банком МБСП в качестве Цедента, на общую сумму 7 030 205,48 долларов США, состоящую из суммы основного долга в размере 7 000 000,00 долларов США и суммы процентов в размере 30 205,48 долларов США;

3.  Соглашение о передаче № 3 от 27.12.2017 между Компанией в качестве Правопреемника, и Банком МБСП в качестве Цедента, на общую сумму 1 966 481,38 долларов США, состоящую из суммы основного долга в размере 1 958 032,33 долларов США и суммы процентов в размере 8 449,05 долларов США;

*(в дальнейшем вышеуказанные соглашения совместно именуются «Соглашениями о передаче»).*

Настоящим сообщаем вам, что Соглашения о передаче были отражены в бухгалтерской отчетности Компании. Далее также сообщаем вам, что на дату настоящего письма Компания не в состоянии погасить свои долги, причитающиеся Банку в соответствии с условиями Соглашений о передаче.

(подп.) */подпись/*
Ксенофон Хаджиантониу
Директор
за и от имени «ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД»

*Печать: /*«ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД»*/*

----------------------------------Конец перевода документа----------------------------

Настоящим подтверждается, что выполненный перевод приложенного документа является правильным, точным и полным.

Индивидуальный предприниматель          /Чепурной В. Г./
                    должность                                                    ФИО

М.П.

2 5. 12. 2018



# Exhibit 3a

**INTERNATIONAL BANK OF ST PETERSBURG**

**18 June 2018**

To: Gauthier Froment
Global Head of Structured Trade Finance
Louis Dreyfus Company Suisse S.A.
Swissair Centre, 29 Route de l'Aéroport, 1215 Geneva, Switzerland

Subject: Confirmation of the ultimate control over Hervet Investments Limited

Dear all,

We hereby confirm that Hervet Investments Limited, established and registered at the following address: 29A Annis Komninis Street, 1061 Nicosia, Cyprus, the Registration Number of the company is 113163, is ultimately controlled by International Bank of St Petersburg (Joint-Stock Company).

We also confirm that Mr. Aleksandr Zuev, Russian passport number 71 5860939, is the direct owner of Hervet Investments Limited, the company acting at the instruction of International Bank of St Petersburg (Joint-Stock Company), and acts on our behalf and in our business interests in accordance with our binding instructions.

Please find bank details of Hervet Investments Limited below:

Beneficiary's Name: Hervet Investments Limited
Beneficiary' Account Number: 07050959535
IBAN: AT53100007050959535
Beneficiary's Bank: Raiffeisen Bank International AG
BIK: RZBAATWW


Respectfully yours,

For and on behalf of International Bank of St Petersburg (Joint-Stock Company)

/Signature/
Authorised person's signature

Name: Sergei Bazhanov
Title: Chairman of the Management Board

Seal: /International Bank of St Petersburg * Joint-Stock Company * St Petersburg/
                                                        Seal:

# Exhibit 3b

## МЕЖДУНАРОДНЫЙ БАНК САНКТ-ПЕТЕРБУРГА

18 июня 2018 года

Кому: Готье Фромену
Генеральному директору СТФ
«Луис Дрейфус Компани Сунсс С.А.»
СунесЭр Сентер, 29 Рут де Л'Аэропорт 1215-Женева, Швейцария

Тема: Подтверждение окончательного контроля над компанией «Эрае Инвестментс Лимитед»

Уважаемые дамы и господа!

Настоящим подтверждаем, что компания «Эрае Инвестментс Лимитед», учрежденная и зарегистрированная по адресу: 29А, Аннис Комнинис стрит, 1061 Никосия, Кипр, с зарегистрированным номером компании 113163, находится под конечным контролем Международного Банка Санкт-Петербурга (Акционерное общество).

Мы также подтверждаем, что г-н Александр Зуев, российский паспорт 71 5860939, является непосредственным владельцем компании «Эрае Инвестментс Лимитед», действующей по поручению Международного Банка Санкт-Петербурга (Акционерное общество), который действует от нашего имени и для наших деловых целей, в соответствии с нашими обязательными инструкциями.

Далее указаны банковские реквизиты компании «Эрае Инвестментс Лимитед»:

Наименование бенефициара: «Эрае Инвестментс Лимитед»
Номер счета бенефициара: 07050959535
IBAN: AT531000007050959535
Банк бенефициара: «Райффайзен Банк Интернэшнл АГ»
БИК: RZBAATWW

С уважением,

От имени и по поручению Международного Банка Санкт-Петербурга (Акционерное общество)

Подпись/
Подпись уполномоченного лица

Имя: Сергей Бажанов
Должность: Председатель Правления

Печать: /Международный Банк Санкт-Петербурга * Акционерное общество * Санкт-Петербург/
Печать:

# Exhibit 4a

**International Bank of St. Petersburg (Joint-Stock Company)**
**MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS**
**of "06" December 2017 No. 24/17**

Place of the Board of Directors Meeting: 5 Krapivny Pereulok, St. Petersburg
Date and time of the Board of Directors Meeting: "06" December 2017, 19.00

**Present:**
***Chairman of the Board of Directors****: Tatyana Vasilyevna Bazhanova*
***Secretary of the Board of Directors****: Irina Yuryevna Agafonova*

**Members of the Board of Directors:**
Sergey Viktorovich Bazhanov
Svetlana Viktorovna Mineeva
Aleksandr Vasilyevich Zuev
Igor Dmitrievich Spassky

Five out of the five elected Members of the Board of Directors were present at the meeting. Therefore, according to the Charter of the International Bank of St. Petersburg (Joint-Stock Company), a quorum was present.

**AGENDA:**

**1.**  On adoption of a report on the results of the eighteenth additional emission of securities – ordinary registered uncertified shares (state registration number 10400197B018D).
*Presented by Member of the Board of Directors S.V. Bazhanov*

**2.**  Miscellaneous.
*Presented by Chairman of the Board of Directors T.V. Bazhanova*

**1.  HAVING HEARD:**

**1. Regarding the first item on the Agenda,** Member of the Board of Directors S.V. Bazhanov informed the meeting of the completion of allotment of the ordinary registered uncertified shares of the 22nd emission, namely: on 5 December 2017, a sole participant of the closed placement Sergey Viktorovich Bazhanov made a payment for the abovementioned 120,000,000 shares. Thus, the additional emission of shares is allotted and paid for in full. It is proposed to adopt a report on the results of the eighteenth additional emission of securities – ordinary registered uncertified shares (state registration number 10400197B018D).

**THE FOLLOWING DECISIONS WERE ADOPTED:**

To adopt the report on the results of the eighteenth additional emission of securities – ordinary registered uncertified shares (state registration number 10400197B018D) (Attachment 1).

**Adopted - unanimously.**

**2.   HAVING HEARD:**

**Regarding the second item on the Agenda,** Chairman of the IBSP (JSC) Bank T.V. Bazhanova informed the meeting that, as part of the "Miscellaneous" item, there have been no proposals from Members of the Board of Directors to consider any other issues at the current Meeting of the Board of Directors, and therefore proposed not to consider this item of the agenda at the current Meeting of the Board of Directors.

**THE FOLLOWING DECISIONS WERE ADOPTED:**

Not to consider the "Miscellaneous" item of the agenda at the current Meeting of the Board of Directors.

**Adopted - unanimously.**

Date of the minutes – 06 December 2017.

**Chairman of the Board of Directors   /signature/                        T.V. Bazhanova**
                                                              [seal]
**Secretary of the Board of Directors               /signature/                        I.Yu. Agafonova**

# Exhibit 4b

**Международный банк Санкт-Петербурга (Акционерное общество)**
**ПРОТОКОЛ от «06» декабря 2017 года № 24/17**
**ЗАСЕДАНИЯ СОВЕТА ДИРЕКТОРОВ**

Место проведения заседания Совета директоров: г. Санкт-Петербург, Крапивный пер., д.5
Дата проведения и время проведения заседания Совета директоров: «06» декабря 2017 года,
19.00

**Присутствовали:**
*Председатель Совета директоров: Бажанова Татьяна Васильевна*
*Секретарь Совета директоров: Агафонова Ирина Юрьевна*

**Члены Совета директоров:**
Бажанов Сергей Викторович
Минеева Светлана Викторовна
Зуев Александр Васильевич
Спасский Игорь Дмитриевич

На заседании присутствовали пятеро из пяти избранных Членов Совета директоров. Таким
образом, в соответствии с Уставом Международного банка Санкт-Петербурга (Акционерное
общество) кворум имеется.

## ПОВЕСТКА ДНЯ:

1. Об утверждении отчета об итогах восемнадцатого дополнительного выпуска ценных
бумаг – акций обыкновенных именных бездокументарных (номер государственной
регистрации 10400197B018D).
*Докладчик – Член Совета директоров Бажанов С.В.*

2. Разное.
*Докладчик – Председатель Совета директоров Бажанова Т.В.*

## 1. СЛУШАЛИ:

1. По первому вопросу повестки дня выступил Член Совета директоров Бажанов С.В.,
который сообщил о завершении размещения обыкновенных именных бездокументарных
акций 22-й эмиссии, а именно: единственный участник закрытой подписки Бажанов Сергей
Викторович оплатил 05 декабря 2017 года вышеуказанные акции в количестве 120 000 000
штук. Таким образом, дополнительный выпуск акций размещен и оплачен в полном объеме.
Предлагается утвердить отчет об итогах восемнадцатого дополнительного выпуска ценных
бумаг - акций обыкновенных именных бездокументарных (номер государственной
регистрации 10400197B018D).

## ПРИНЯТЫ РЕШЕНИЯ:

Утвердить отчет об итогах восемнадцатого дополнительного выпуска ценных бумаг – акций
обыкновенных именных бездокументарных (номер государственной регистрации
10400197B018D) (приложение 1).

**Принято - единогласно.**

1

## 2. СЛУШАЛИ:

**По второму вопросу повестки дня** выступила  Председатель Совета директоров Банка МБСП (АО) Бажанова Т.В. и сообщила, что в рамках вопроса «Разное» предложений Членов Совета директоров о рассмотрении иных вопросов на данном заседании Совета директоров не поступало, и предложила не рассматривать указанный вопрос повестки дня на данном заседании Совета директоров.

## ПРИНЯТЫ РЕШЕНИЯ:

Не рассматривать вопрос «Разное» на данном заседании Совета директоров.

**Принято – единогласно.**

Дата составления протокола – 06 декабря 2017 года.

Председатель Совета директоров                                   Т.В. Бажанова

Секретарь Совета директоров                                        И.Ю. Агафонова

2

# Exhibit 5a

Statement of account activity for account No. 42503840200000000096
For the period between 17.01.2000 and 08.10.2019

Name          HERVET INVESTMENTS LIMITED. Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18.
              Due date 06.09.18, 14.09.18. 21.09.18, 28.09.18.
              Opening balance: USD 0.00 liabilities
              Amounts of transactions are in the currency of transactions

P. 1

| Date | Doc. No. | Debit | Credit | Corr. Acc. | BIK | Correspondent Account | Correspondent Name | Payment Details | Corr. INN |
|---|---|---|---|---|---|---|---|---|---|
| 21.09.18 | 678 | | 150,000.00 | 42502 | 044030760 | 42502840900000000070 | HERVET INVESTMENTS LIMITED. Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18. Due date 06.09.18. Prolongation until 10.09.18, 14.09.18. | Prolongation of Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18 | 9909177869 |
| 22.09.18 | 29 | 33,420.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 24.09.18 | 1165 | 150,000.00 | | 30114 | 044030760 | 30114840900000000001 | BANK OF NEW YORK MELLON | Refund under Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18 to HERVET INVESTMENTS LIMITED. VAT exempt. | 9999999760 |

| | TOTAL | 183,420.00 | 150,000.00 | | | | | | |

Balance on
30223(30220)                   0.00
      Closing balance: USD 0.00 liabilities

**Representative of the IBSP (JSC) Bank's official receiver under the power of attorney**
**D.V. Ivanov** [*signature*]

24/09/18-11:59:52          LBAPPRINT-9268-000001              1

```
-------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1201 180924LBAPRU2PAXXX7053336132
------------------------- Message Header -----------------------
Swift Input  : FIN 103 Single Customer Credt Transfer
Sender     : LBAPRU2PXXX
             INTERNATIONAL BANK OF ST.PETERSBURG PLC
             ST. PETERSBURG RU
Receiver : IRVTUS3NXXX
           THE BANK OF NEW YORK MELLON
           NEW YORK,NY US
MUR : PP
------------------------- Message Text --------------------------
  20: Sender's Reference
      180924/2447
  23B: Bank Operation Code
       CRED
  32A: Val Dte/Curr/Interbnk Settld Amt
       Date            : 24 September 2018
       Currency        : USD (US DOLLAR)
       Amount          :               #150000,#
  50F: Ordering Customer - ID
       /42503840200000000096
       1/INTERNATIONAL BANK OF
       1/ST-PETERSBURG JSC INN 7831000210
       2/KRAPIVNY PER.,5
       3/RU/SAINT-PETERSBURG
  56A: Intermediary Institution - FI BIC
       CITIUS33XXX
       CITIBANK N.A.
       NEW YORK,NY  US
  57A: Account With Institution - FI BIC
       RZBAATWW
       RAIFFEISEN BANK INTERNATIONAL AG
       VIENNA  AT
  59: Beneficiary Customer-Name & Addr
      /AT753100007050959535
      HERVET INVESTMENTS LIMITED
  70: Remittance Information
      TRANSFER OF PARTIAL SUMS UNDER
      DEPOSIT AGREEMENT N 21/2018 DD
      27/08/18.
  71A: Details of Charges
       OUR
------------------------- Message Trailer -----------------------
  {CHK:7D3B346F86FD}
  PKI Signature: MAC-Equivalent
------------------------- Interventions -------------------------
Category       : Network Report
Creation Time : 24/09/18 11:59:41
Application    : SWIFT Interface
Operator       : SYSTEM
Text
{1:F21LBAPRU2PAXXX7053336132}{4:{177:1809241201}{451:0}{108:PP}}
*End of Message
```

**IBSP BANK (JSC)**

OKiOODR
Division

ORDER dated 24.09.2018
to the OPERD Payments Department

Please transfer funds in a foreign currency in the following amount

USD 150,000 - 00                 United States Dollar
Transfer Amount                      Currency

from account No. 42503840200000000096
                               Account Details

to Hervet Investments Limited
                Beneficiary's Name

to account No. IBAN AT753100007050959535
                        Beneficiary's Account Number

with the Bank: Raiffeisen Bank International AG    SWIFT RZBAATWW
                    Beneficiary's Bank                      SWIFT code of the Beneficiary's Bank

Via Citibank NY                                        SWIFT CITIUS33XXX
            Intermediary Bank                              SWIFT code of the Intermediary Bank

(to be filled in if necessary)

Payment details: *Transfer of partial sums under deposit agreement No. 21/2018 dd 27/08/18.*

Head of the Department      /signature/     N. Yu. Aleksandrova
                                         Signature         Full Name

Exec. by Zh. S. Semyonova
                Full Name

Tel 245

Make transfer via BANK OF NEW YORK MELLON
                                Correspondent Bank

Currency valuation date 24.09.2018

Head of the DTOiK /signature/       P.A. Gurin
                          Signature          Full Name

[*stamp*:
IBSP BANK (JSC)
BIC 044030760
24.09.2018                    /signature/
APPROVED BY
EXECUTIVE IN CHARGE
M.M. PROKHOROVA]

| OKUD code of the form |
|---|
| 0401108 |

IBSP Bank (JSC*)*
<sub>Issuer</sub>

**DEBIT MEMO No.** <u>1165</u>          <u>24.09.2018</u>
                                        <sub>Date</sub>

Executed by: 460 N. Yu. Aleksandrova

| Account | **Debit** of account | Amount | |
|---|---|---|---|
| HERVET INVESTMENTS LIMITED. Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18. Due date 06.09.18, 14.09.18, 21.09.18, 28.09.18. | 42503840200000000096 | 9937455-00 | 150000-00 |
| Account | **Credit** of account | | |
| "BANK OF NEW YORK MELLON" | 30114840900000000001 | 9937455-00 | 150000-00 |

| Amount expressed in words | Document ref. number | 09 |
|---|---|---|
| Nine million nine hundred thirty seven thousand four hundred fifty five roubles 00 kopeks | Number of entries | |
| | | |

Transaction scope, name, number and date of the document,
pursuant to which the debit memo has been issued
Refund under Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18 to
HERVET INVESTMENTS LIMITED. VAT exempt.

Signatures

          /signature/

Attachment:          documents on          pages.

# HERVET INVESTMENTS LIMITED

24.09.2018 ( Sept/ 24, 2018)
В АО «МБСП»
194044 Санкт-Петербург,
Крапивный пер., д.5

To: "International Bank of St-Petersburg"
199044 St-Petersburg
Krapivniy per., 5

Просим досрочно вернуть следующие депозиты:

1.Депозит в сумме **EUR 600 000,00** (Шестьсот тысяч ЕВРО согласно Договору 9/2012 от 12.11.2012сроком валютирования **24 сентября 2018г.** в соответствии с указанными реквизитами.

2.Депозит в сумме **USD 150 000,00** (Сто пятьдесят тысяч долларов США) согласно Договору № 21/2018 от 27.08.2018 сроком валютирования **24 сентября 2018г.** в соответствии с указанными реквизитами

Kindly ask you to return the following deposit amounts:

1.  Deposit **EUR 600 000.00** ( Six hundred thousand EUR) under Deposit Agreement № 9/2012  dd.12.11.2012 date **September 24, 2018** in accordance with payment details.

2.  Deposit **USD 150 000.00** ( One hundred fifty thousand USD dollars) under Deposit Agreement  21/2018 от 27.08.2018   value date **September 24, 2018** in accordance with payment details.

Hervet Investments Limited
29A Annis Komninis Str., PO Box 22303
1520 Nicosia, Cyprus

Счет: 07050959535
IBAN  AT753100007050959535.
Raiffeisen International AG
SWIFT  RZBA AT WW
Am Stadtpark 9, A - 1030 Vienna, AUSTRIA

С уважением/Sincerely yours
Директор/ Director

Xenofon Hadjiantoniou

Statement of account activity for account No. 42502840900000000070
for the period between 17.01.2000 and 08.10.2019

Name          HERVET INVESTMENTS LIMITED. Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18. Due
                 date 06.09.18. Prolongation until 10.09.18, 14.09.18.
                 Opening balance: USD 0.00 liabilities
                 Amounts of transactions are in the currency of transactions

P. 1

| Date | Doc. No. | Debit | Credit | Corr. Acc. | BIK | Correspondent Account | Correspondent Name | Payment Details | Corr. INN |
|------|----------|-------|--------|-----------|-----|----------------------|--------------------|-----------------|-----------|
| 27.08.18 | 2185 | | 7,500,000.00 | 30114 | 044030760 | 30114840900000000027 | Raiffeisen Bank International AG | Deposit of funds under Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.2018 HERVET INVESTMENTS LIMITED. | 9999999748 |
| 28.08.18 | 30 | 2,961,000.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 29.08.18 | 30 | 39,000.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 30.08.18 | 30 | | 5,655,000.00 | 70608 | 044030760 | 70608810500004630140 | Losses from the revaluation of assets in USD | Negative revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 31.08.18 | 30 | 472,500.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 01.09.18 | 29 | 280,500.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 04.09.18 | 119 | 2,253,000.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 05.09.18 | 30 | | 3,970,500.00 | 70608 | 044030760 | 70608810500004630140 | Losses from the revaluation of assets in USD | Negative revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 06.09.18 | 30 | | 1,418,250.00 | 70608 | 044030760 | 70608810500004630140 | Losses from the revaluation of assets in USD | Negative revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 06.09.18 | 907 | 3,800,000.00 | | 30114 | 044030760 | 30114840900000000001 | BANK OF NEW YORK MELLON | Refund under Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18 HERVET INVESTMENTS LIMITED. VAT exempt. | 9999999760 |
| 07.09.18 | 30 | 785,510.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 08.09.18 | 29 | | 2,878,970.00 | 70608 | 044030760 | 70608810500004630140 | Losses from the revaluation of assets in USD | Negative revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 11.09.18 | 30 | | 3,107,630.00 | 70608 | 044030760 | 70608810500004630140 | Losses from the revaluation of assets in USD | Negative revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 12.09.18 | 30 | | 391,830.00 | 70608 | 044030760 | 70608810500004630140 | Losses from the revaluation of assets in USD | Negative revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 13.09.18 | 30 | 1,485,920.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 14.09.18 | 30 | 3,462,460.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 15.09.18 | 29 | 1,311,280.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |

| 17.09.18 | 1456 | 350,000.00 | 30114 | 044030760 | 30114840900000000001 | BANK OF NEW YORK MELLON | Refund under Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18 HERVET INVESTMENTS LIMITED. VAT exempt. | 9999999760 |
| 18.09.18 | 30 | 290,780.00 | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 19.09.18 | 30 | 1,487,065.00 | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |

**Representative of the IBSP (JSC) Bank's official receiver under the power of attorney**
**D.V. Ivanov** [*signature*]

| Date | Doc. No. | Debit | Credit | Corr. Acc. | BIK | Correspondent Account | Correspondent Name | Payment Details | Corr. INN |
|---|---|---|---|---|---|---|---|---|---|
| 19.09.18 | 591 | 700,000.00 | | 30114 | 044030760 | 30114840900000000001 | BANK OF NEW YORK MELLON | Refund under Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18 HERVET INVESTMENTS LIMITED. VAT exempt. | 9999999760 |
| 20.09.18 | 30 | 1,966,565.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 20.09.18 | 852 | 2,500,000.00 | | 30114 | 044030760 | 30114840900000000001 | BANK OF NEW YORK MELLON | Refund under Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18 HERVET INVESTMENTS LIMITED. VAT exempt. | 9999999760 |
| 21.09.18 | 30 | 80,595.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 21.09.18 | 678 | 150,000.00 | | 42503 | 044030760 | 42503840200000000096 | HERVET INVESTMENTS LIMITED. Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18. Due date 06.09.18, 14.09.18, 21.09.19, 28.09.18 | Prolongation of Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18 | 9909177869 |
| | TOTAL | 24,376,175.00 | 24,922,180.00 | | | | | | |

Balance on 30223(30220)　　　0.00

Closing balance: USD 0.00 liabilities

**Representative of the IBSP (JSC) Bank's official receiver under the power of attorney**
**D.V. Ivanov** [*signature*]

20/09/18-14:04:15              LBAPPRINT-9176-000001                    1

```
--------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status   : Network Ack
Priority/Delivery         : Normal
Message Input Reference   : 1406 180920LBAPRU2PAXXX7051336102
------------------------- Message Header ------------------------
Swift Input  : FIN 103 Single Customer Credt Transfer
Sender    : LBAPRU2PXXX
             INTERNATIONAL BANK OF ST.PETERSBURG PLC
             ST. PETERSBURG RU
Receiver : IRVTUS3NXXX
             THE BANK OF NEW YORK MELLON
             NEW YORK,NY US
MUR : PP
------------------------- Message Text --------------------------
  20: Sender's Reference
      180920/2424
  23B: Bank Operation Code
       CRED
  32A: Val Dte/Curr/Interbnk Settld Amt
       Date          : 20 September 2018
       Currency      : USD (US DOLLAR)
       Amount        :              #2500000,#
  50F: Ordering Customer - ID
       /42502840900000000070
       1/INTERNATIONAL BANK OF
       1/ST-PETERSBURG JSC INN 7831000210
       2/KRAPIVNY PER.,5
       3/RU/SAINT-PETERSBURG
  56A: Intermediary Institution - FI BIC
       CITIUS33XXX
       CITIBANK N.A.
       NEW YORK,NY  US
  57A: Account With Institution - FI BIC
       RZBAATWW
       RAIFFEISEN BANK INTERNATIONAL AG
       VIENNA  AT
  59: Beneficiary Customer-Name & Addr
      /AT753100007050959535
      HERVET INVESTMENTS LIMITED
  70: Remittance Information
      TRANSFER OF PARTIAL SUMS UNDER
      DEPOSIT AGREEMENT N 21/2018 DD
      27/08/18.
  71A: Details of Charges
       OUR
------------------------- Message Trailer -----------------------
{CHK:65811A164F44}
PKI Signature: MAC-Equivalent
------------------------- Interventions -------------------------
Category      : Network Report
Creation Time : 20/09/18 14:04:00
Application   : SWIFT Interface
Operator      : SYSTEM
Text
{1:F21LBAPRU2PAXXX7051336102}{4:{177:1809201406}{451:0}{108:PP}}
*End of Message
```

**IBSP BANK (JSC)**

OKiOODR
_____
Division

ORDER dated 20.09.2018
to the OPERD Payments Department

Please transfer funds in a foreign currency in the following amount

USD 2,500,000 - 00            United States Dollar
Transfer Amount                    Currency

from account No. 42502840900000000070
                          Account Details
_____

to Hervet Investments Limited
              Beneficiary's Name

to account No. IBAN AT753100007050959535
                    Beneficiary's Account Number

with the Bank: Raiffeisen Bank International AG    SWIFT RZBAATWW
                    Beneficiary's Bank                          SWIFT code of the Beneficiary's Bank

Via Citibank NY                                         SWIFT CITIUS33XXX
              Intermediary Bank                                    SWIFT code of the Intermediary Bank

(to be filled in if necessary)

Payment details: _Transfer of partial sums under deposit agreement No. 21/2018 dd 27/08/18._

Head of the Department _____/signature/_____ N.Yu. Aleksandrova
                                      Signature            Full Name

Exec. by Zh. S. Semyonova
              Full Name

Tel 245

_____

Make transfer via BANK OF NEW YORK MELLON
                              Correspondent Bank

Currency valuation date 20.09.2018

Head of the DTOiK /signature/        P.A. Gurin
                          Signature            Full Name

[_stamp_:
IBSP BANK (JSC)
BIC 044030760
20.09.2018            /signature/
APPROVED BY
EXECUTIVE IN CHARGE
M.M. PROKHOROVA]

| OKUD code of the form |
|:---:|
| 0401108 |

IBSP Bank (JSC*)*
<small>Issuer</small>

**DEBIT MEMO No.** 852       20.09.2018
<small>Date</small>

Executed by: 1037 Zh. S. Semyonova

| Account | **Debit** of account | Amount | |
|---|---|---|---|
| HERVET INVESTMENTS LIMITED. Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18. Due date 06.09.18. Prolongation until 10.09.18, 14.09.18. | 42502840900000000070 | 167524500-00 | 2500000-00 |
| Account | **Credit** of account | | |
| "BANK OF NEW YORK MELLON" | 30114840900000000001 | 167524500-00 | 2500000-00 |

| Amount expressed in words | Document ref. number | 09 |
|---|---|---|
| One hundred sixty seven million five hundred twenty-four thousand five hundred roubles 00 kopeks | Number of entries | |
| | | |

Transaction scope, name, number and date of the document,
pursuant to which the debit memo has been issued
Refund under Fixed-Term Deposit Account Agreement No. 21/2018 entered into on 27.08.18 to
HERVET INVESTMENTS LIMITED. VAT exempt.

Signatures

/signature/

Attachment:                documents on            pages.

# HERVET INVESTMENTS LIMITED

20.09.2018 ( Sept.20, 2018)
В АО «МБСП»
194044 Санкт-Петербург,
Крапивный пер., д.5

To: "International Bank of St-Petersburg"
199044 St-Petersburg
Krapivniy per., 5

Просим частично досрочно вернуть следующий депозит:

1. Депозит в сумме **USD 2 500 000,00** (Два миллиона пятьсот тысяч долларов США) согласно Договора № 21/2018 от 27.08.2018 сроком валютирования 20/09/2018г. в соответствии с указанными реквизитами.

Kindly ask you partially to return (early) the following deposit amount:

1. Partial Deposit in the amount of **USD 2 500 000.00** (Two million five hundred thousand USD dollars) under Deposit Agreement № 21/2018 dd. 27.08.2018 value date Sept 20, 2018 in accordance with payment details.

Hervet Investments Limited
29A Annis Komninis Str., PO Box 22303
1520 Nicosia, Cyprus

Счет: 07050959535
IBAN  AT753100007050959535.
Raiffeisen International AG
SWIFT  RZBA AT WW
Am Stadtpark 9, A - 1030 Vienna, AUSTRIA

С уважением/Sincerely yours
Директор/ Director

Xenofon Hadjiantoniou

Statement of account activity for account No. 42502840800000000073
For the period between 17.01.2000 and 08.10.2019

Name                    HERVET INVESTMENTS LIMITED.  Fixed-Term Deposit Account Agreement No. 24/2018 entered into on 13.09.18.
                        Due date 20.09.18.
                        Opening balance: USD 0.00 liabilities
                        Amounts of transactions are in the currency of transactions

P. 1

| Date | Doc. No. | Debit | Credit | Corr. Acc. | BIK | Correspondent Account | Correspondent Name | Payment Details | Corr. INN |
|------|----------|-------|--------|-----------|-----|----------------------|--------------------|-----------------|-----------|
| 13.09.18 | 1313 | | 5,850,000.00 | 30114 | 044030760 | 30114840900000000027 | Raiffeisen Bank International AG | Deposit under Fixed-Term Deposit Account Agreement No. 24/2018 entered into on 13.09.2018 HERVET INVESTMENTS LIMITED. | 9999999748 |
| 14.09.18 | 30 | 5,474,430.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 15.09.18 | 29 | 2,073,240.00 | | 70603 | 044030760 | 70603810400002630140 | Income from the revaluation of assets in USD | Positive revaluation of foreign currency assets at the exchange rate of the Bank of Russia. | |
| 17.09.18 | 1451 | 5,850,000.00 | | 30114 | 044030760 | 30114840900000000001 | BANK OF NEW YORK MELLON | Refund under Fixed-Term Deposit Account Agreement No. 24/2018 entered into on 13.09.18 HERVET INVESTMENTS LIMITED. VAT exempt. Early termination of the agreement. | 9999999760 |

|  | TOTAL | 13,397,670.00 | 5,850,000.00 | | | | | | |

Balance on 30223(30220)          0.00
    Closing balance: USD 0.00 liabilities

**Representative of the IBSP (JSC) Bank's official receiver under the power of attorney**
**D.V. Ivanov** [*signature*]

17/09/18-14:29:43          LBAPPRINT-9004-000001                    1

```
-------------------- Instance Type and Transmission --------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1431 180917LBAPRU2PAXXX7048336031
------------------------- Message Header -------------------------
Swift Input  : FIN 103 Single Customer Credt Transfer
Sender   : LBAPRU2PXXX
           INTERNATIONAL BANK OF ST.PETERSBURG PLC
           ST. PETERSBURG RU
Receiver : IRVTUS3NXXX
           THE BANK OF NEW YORK MELLON
           NEW YORK,NY US
MUR : PP
------------------------- Message Text -------------------------
  20: Sender's Reference
      180917/2367
 23B: Bank Operation Code
      CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
      Date            : 17 September 2018
      Currency        : USD (US DOLLAR)
      Amount          :              #5850000,#
 50F: Ordering Customer - ID
      /42502840800000000673
      1/INTERNATIONAL BANK OF
      1/ST-PETERSBURG JSC INN 7831000210
      2/KRAPIVNY PER.,5
      3/RU/SAINT-PETERSBURG
 56A: Intermediary Institution - FI BIC
      CITIUS33XXX
      CITIBANK N.A.
      NEW YORK,NY  US
 57A: Account With Institution - FI BIC
      RZBAATWW
      RAIFFEISEN BANK INTERNATIONAL AG
      VIENNA  AT
  59: Beneficiary Customer-Name & Addr
      /AT751310007050959535
      HERVET INVESTMENTS LIMITED
  70: Remittance Information
      TRANSFER OF SUMS UNDER DEPOSIT
      AGREEMENT N 24/2018 DD 13/09/18.
 71A: Details of Charges
      OUR
------------------------- Message Trailer -------------------------
  [CHK:D9D85819DF35]
  PKI Signature: MAC-Equivalent
------------------------- Interventions -------------------------
Category     : Network Report
Creation Time : 17/09/18 14:29:27
Application   : SWIFT Interface
Operator      : SYSTEM
Text
{1:F21LBAPRU2PAXXX7048336031}{4:{177:1809171431}{451:0}[108:PP}]
*End of Message
```

**IBSP BANK (JSC)**
_____OKiOODR_____
Division

ORDER dated 17.09.2018
to the OPERD Payments Department

Please transfer funds in a foreign currency in the following amount

USD 5,850,000 - 00           United States Dollar
Transfer Amount                              Currency

from account No. 42502840800000000073
                                        Account Details
_____

to Hervet Investments Limited
                          Beneficiary's Name

to account No. IBAN AT753100007050959535
                            Beneficiary's Account Number

with the Bank: Raiffeisen Bank International AG     SWIFT RZBAATWW
                    Beneficiary's Bank                                    SWIFT code of the Beneficiary's Bank

Via Citibank NY_____     SWIFT CITIUS33XXX
              Intermediary Bank                                         SWIFT code of the Intermediary Bank

(to be filled in if necessary)

Payment details: _Transfer of sums under deposit agreement No. 24/2018 dd 13/09/18._

Head of the Department _____/signature/_____   N.Yu. Aleksandrova
_____     Signature            Full Name

Exec. by Zh. S. Semyonova
                   Full Name

Tel 245

_____

Make transfer via BANK OF NEW YORK MELLON
                              Correspondent Bank

Currency valuation date 17.09.2018

Head of the DTOiK /signature/        P.A. Gurin
                       Signature              Full Name

[_stamp_:
IBSP BANK (JSC)
BIC 044030760
17.09.2018            /signature/
APPROVED BY
EXECUTIVE IN CHARGE
M.M. PROKHOROVA]

| OKUD code of the form |
|---|
| 0401108 |

IBSP Bank (JSC*)*
Issuer

**DEBIT MEMO No.** 1451     17.09.2018
Date

Executed by: 1037 Zh. S. Semyonova

| Account | **Debit** of account | Amount | |
|---|---|---|---|
| HERVET INVESTMENTS LIMITED. Fixed-Term Deposit Account Agreement No. 24/2018 entered into on 13.09.18. Due date 20.09.18. | 42502840800000000073 | 399453210-00 | 5850000-00 |
| Account | **Credit** of account | | |
| "BANK OF NEW YORK MELLON" | 30114840900000000001 | 399453210-00 | 5850000-00 |

| Amount expressed in words | Document ref. number | 09 |
|---|---|---|
| Three hundred ninety-nine million four hundred fifty-three thousand two hundred ten roubles 00 kopeks | Number of entries | |
| | | |

Transaction scope, name, number and date of the document,
pursuant to which the debit memo has been issued
Refund under Fixed-Term Deposit Account Agreement No. 24/2018 entered into on 13.09.18 to
HERVET INVESTMENTS LIMITED. VAT exempt. Early termination of agreement.

Signatures

/signature/

Attachment:          documents on          pages.

# HERVET INVESTMENTS LIMITED

17.09.2018 ( Sept.17, 2018)
В АО «МБСП»
194044 Санкт-Петербург,
Крапивный пер., д.5

To: "International Bank of St-Petersburg"
199044 St-Petersburg
Krapivniy per., 5

Просим досрочно вернуть следующий депозит:

1.  Депозит в сумме **USD 5 850 000,00**   (Пять миллионов восемьсот пятьдесят тысяч долларов США) согласно Договору №24/2018 от 13.09.2018 сроком валютирования 17/09/2018г. в соответствии с указанными реквизитами.

Kindly ask you to return (early) the following deposit amount:

1.  Partial Deposit in the amount of **USD 5 850 000.00** (Five million eight hundred and fifty thousand USD dollars) under Deposit Agreement № 24/2018 dd. 13.09.2018 value date Sept **17, 2018** in accordance with payment details.

Hervet Investments Limited
29A Annis Komninis Str., PO Box 22303
1520 Nicosia, Cyprus

Счет: 07050959535
IBAN  AT753100007050959535.
Raiffeisen International AG
SWIFT  RZBA AT WW
Am Stadtpark 9, A - 1030 Vienna, AUSTRIA

С уважением/Sincerely yours
Директор/ Director



Xenofon Hadjikakou

Statement of account activity for account No. 42502840100000000074
For the period between 17.01.2000 and 08.10.2019

Name              HERVET INVESTMENTS LIMITED. Fixed-Term Deposit Account Agreement No. 25/2018 entered into on 14.09.18.
                      Due date 21.09.18.
                      Opening balance: USD 0.00 liabilities
                      Amounts of transactions are in the currency of transactions

P. 1

| Date | Doc. No. | Debit | Credit | Corr. Acc. | BIK | Correspondent Account | Correspondent Name | Payment Details | Corr. INN |
|------|----------|-------|--------|------------|-----|-----------------------|--------------------|-----------------|-----------|
| 14.09.18 | 983 | | 5,700,000.00 | 30114 | 044030760 | 30114840900000000027 | Raiffeisen Bank International AG | Deposit of funds under Fixed-Term Deposit Account Agreement No. 25/2018 entered into on 14.09.2018 HERVET INVESTMENTS LIMITED. | 9999999748 |
| 19.09.18 | 590 | 5,700,000.00 | | 30114 | 044030760 | 30114840900000000001 | BANK OF NEW YORK MELLON | Refund under Fixed-Term Deposit Account Agreement No. 25/2018 entered into on 14.09.18 HERVET INVESTMENTS LIMITED. VAT exempt | 9999999760 |
| | TOTAL | 5,700,000.00 | 5,700,000.00 | | | | | | |

Balance on 30223(30220)    0.00
    Closing balance: USD 0.00 liabilities

**Representative of the IBSP (JSC) Bank's official receiver under the power of attorney**
**D.V. Ivanov** [*signature*]

```
-------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1207 180919LBAPRU2PAXXX7050336061
------------------------- Message Header -----------------------
Swift Input  : FIN 103 Single Customer Credt Transfer
Sender    : LBAPRU2PXXX
            INTERNATIONAL BANK OF ST.PETERSBURG PLC
            ST. PETERSBURG RU
Receiver : IRVTUS3NXXX
            THE BANK OF NEW YORK MELLON
            NEW YORK,NY US
MUR : PP
------------------------- Message Text -------------------------
 20: Sender's Reference
     180919/2402
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date            : 19 September 2018
     Currency        : USD (US DOLLAR)
     Amount          :            #5700000,#
50F: Ordering Customer - ID
     /42502840100000000074
     1/INTERNATIONAL BANK OF
     1/ST-PETERSBURG JSC INN 7831000210
     2/KRAPIVNY PER.,5
     3/RU/SAINT-PETERSBURG
56A: Intermediary Institution - FI BIC
     CITIUS33XXX
     CITIBANK N.A.
     NEW YORK,NY  US
57A: Account With Institution - FI BIC
     RZBAATWW
     RAIFFEISEN BANK INTERNATIONAL AG
     VIENNA  AT
 59: Beneficiary Customer-Name & Addr
     /AT753100007050959535
     HERVET INVESTMENTS LIMITED
 70: Remittance Information
     TRANSFER OF SUMS UNDER DEPOSIT
     AGREEMENT N 25/2018 DD 14/09/18.
71A: Details of Charges
     OUR
------------------------- Message Trailer ----------------------
 {CHK:22001819C0AB}
PKI Signature: MAC-Equivalent
------------------------- Interventions ------------------------
Category      : Network Report
Creation Time : 19/09/18 12:05:30
Application   : SWIFT Interface
Operator      : SYSTEM
Text
 {1:F21LBAPRU2PAXXX7050336061}{4:{177:1809191207}{451:0}{108:PP}}
*End of Message
```

**IBSP BANK (JSC)**

OKiOODR
<u>_____</u>
Division

ORDER <u>dated 19.09.2018</u>
to the OPERD Payments Department

Please transfer funds in a foreign currency in the following amount

<u>USD 5,700,000 - 00</u>         <u>United States Dollar</u>
Transfer Amount                    Currency

from account No. <u>42502840100000000074</u>
<u>_____</u>   Account Details

to <u>Hervet Investments Limited</u>
         Beneficiary's Name

to account <u>No. IBAN AT753100007050959535</u>
                 Beneficiary's Account Number

with the Bank: <u>Raiffeisen Bank International AG</u>   SWIFT <u>RZBAATWW</u>
                 Beneficiary's Bank                            SWIFT code of the Beneficiary's Bank

Via <u>Citibank NY</u>                                    SWIFT <u>CITIUS33XXX</u>
         Intermediary Bank                                SWIFT code of the Intermediary Bank

(to be filled in if necessary)

Payment details: <u>*Transfer of sums under deposit agreement No. 25/2018 dd 14/09/18.*</u>

Head of the Department   <u>    /signature/    </u>   <u>N.Yu. Aleksandrova</u>
<u>_____</u>   Signature        Full Name

Exec. by <u>Zh. S. Semyonova</u>
              Full Name

Tel 245

<u>_____</u>

Make transfer via <u>BANK OF NEW YORK MELLON</u>
                         Correspondent Bank

Currency valuation date <u>19.09.2018</u>

Head of the DTOiK <u>/signature/</u>      <u>P.A. Gurin</u>
                     Signature          Full Name

[*stamp*:
IBSP BANK (JSC)
BIC 044030760
19.09.2018              /signature/
APPROVED BY
EXECUTIVE IN CHARGE
O.G. Balashova]

| OKUD code of the form |
|---|
| 0401108 |

IBSP Bank (JSC*)*
_____
<small>Issuer</small>

**DEBIT MEMO No.**  590          19.09.2018
                                        <small>Date</small>

Executed by: 1037 Zh. S. Semyonova

| Account | **Debit**<br>of account | Amount | |
|---|---|---|---|
| HERVET INVESTMENTS LIMITED. Fixed-Term Deposit Account Agreement No. 25/2018 entered into on 14.09.18. Due date 21.09.18. | 42502840100000000074 | 386185830-00 | 5700000-00 |
| Account | **Credit**<br>of account | | |
| "BANK OF NEW YORK MELLON" | 30114840900000000001 | 386185830-00 | 5700000-00 |

| Amount expressed in words | Document ref. number | 09 |
|---|---|---|
| Three hundred eighty six million one hundred eighty five thousand eight hundred thirty roubles 00 kopeks | Number of entries | |
| | | |

Transaction scope, name, number and date of the document,
pursuant to which the debit memo has been issued
Refund under Fixed-Term Deposit Account Agreement No. 25/2018 entered into on 14.09.18 to
HERVET INVESTMENTS LIMITED. VAT exempt.

_____
Signatures

        /signature/_____          _____

_____
        Attachment:          documents on          pages.

# HERVET INVESTMENTS LIMITED

19.09.2018 ( Sept.19, 2018)

В АО «МБСП»
194044 Санкт-Петербург,
Крапивный пер., д.5

To: "International Bank of St-Petersburg"
199044 St-Petersburg
Krapivniy per., 5

Просим досрочно вернуть следующий депозит:

1. Депозит в сумме **USD 5 700 000,00** (Пять миллионов семьсот тысяч долларов США) согласно Договора № 25/2018 от 14.09.2018 сроком валютирования 19/09/2018г. в соответствии с указанными реквизитами.

Kindly ask you to return (early) the following deposit amount:

1. Partial Deposit in the amount of **USD 5 700 000.00** (Five million seven hundred thousand USD dollars) under Deposit Agreement № 25/2018 dd. 14.09.2018 value date Sept 19, 2018 in accordance with payment details.

Hervet Investments Limited
29A Annis Komninis Str., PO Box 22303
1520 Nicosia, Cyprus

Счет: 07050959535
IBAN  AT753100007050959535.
Raiffeisen International AG
SWIFT  RZBA AT WW
Am Stadtpark 9, A - 1030 Vienna, AUSTRIA

С уважением/Sincerely yours
Директор/ Director



Xenofon Hadjikyriacou

# Exhibit 5b

Движение средств по счету 42503840200000000096
за Период с 17.01.2000 до 08.10.2019

Наименование:   ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД  Договор срочного банковского вклада № 21-2018 от
27.08.18 г. Дата возврата 06.09.18, 14.09.18, 21.09.18, 28.09.18.
Входящий остаток: пассив 0,00 USD
Суммы приходов и расходов в разрезе проводок

Стр.  1

| Дата | № док. | Дебет | Кредит | К/С | БИК | Счет корреспондента | Наименование корреспондента | Назначение платежа | ИНН корр-та |
|------|--------|-------|--------|-----|-----|---------------------|------------------------------|--------------------|-------------|
| 21.09.18 | 678 | | 159050,00 | 42502 | 044535760 | 42502840200000000076 | ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД  Договор срочного банковского вклада № 21/2018 от 27.08.18 г. Дата возврата за 06.09.18  Пролонгация на 10.09.18, 14.09.18. | Продление договора срочного банковского по вкладу № 21/2018 от 27.08.18 | 9909123969 |
| 22.09.18 | 29 | 33420,00 | | 20603 | 044535760 | 70603810400002680146 | Доходы от перемещен средств в долларах США | Получательная переписка средств в долл. ( раиной идиоте по курсу Банка России | |
| 24.09.18 | 1165 | 150000,00 | | 30114 | 044536760 | 30114840600000000001 | "BANK OF NEW YORK MELLON" | Возврат денежных средств на (по/вор/с) срочного банковского вклада № 21/2018 от 27  от 18 ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД, НДС и сб 0,0 дете» | 9909999760 |
| | ИТОГО: | 183420,00 | 150050,00 | | | | | | |
| Остаток на 30223(30226)01 | | 0,00 | | | | | | | |

Исходящий остаток  пассив 0,00 USD

Представитель конкурсного управляющего Банка МБСП (АО) по доверенности

Иванов Д.В. 

БАНК МБСП (АО)

ОКиООДР
Наименование подразделения

РАСПОРЯЖЕНИЕ от  24.09.2018 г.
Управлению расчетов ОПЕРД

Перечислите средства в иностранной валюте в сумме

150 000 - 00  USD            Долларов США
Сумма к переводу            Наименование ин.валюты
со счета № 4250384020000000096
Дт счета
в пользу Hervet Investments Limited
Наименование получателя
на счет № IBAN AT753100007050959535
Номер счета получателя
в банке: Raiffeisen Bank International AG        SWIFT   RZBAATWW
Наименование банка получателя                         SWIFT-код банка получателя
Через     Citibank NY                          SWIFT    CITIUS33XXX
Наименование банка-посредника                         SWIFT-код банка-посредника
(заполняется при необходимости)

Назначение платежа: *Transfer of  partial sums under deposit agreement №21/2018 dd 27/08/18.*

Руководитель подразделения _____       Н.Ю. Александрова
                                         Подпись                              ФИО

Исп. Семёнова Ж. С.
        ФИО
Тел 245

_____

Перевод выставить на  BANK OF NEW YORK MELLON
                                Наименование банка-корреспондента

Дата валютирования  24.09.2018 г.

Начальник ДТОиК  _____       Гурин П. А.
                            Подпись                   ФИО

БАНК   МБСП   (АО)
БИК         044030760

2 4  09  2018

ПРИНЯТО
О. И.    ПРОХОРОВА    М. М.

| | Код формы<br>документа по ОКУД |
|---|---|
| | 0401108 |

Банк МБСП (АО)
_____
Составитель

**МЕМОРИАЛЬНЫЙ ОРДЕР №**  1165       24.09.2018
                                            Дата

Исполнитель: 460 Александрова Н.Ю.

| Наименование счета | Дебет<br>счета | Сумма<br>цифрами | |
|---|---|---|---|
| ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД. Договор<br>срочного банковского вклада № 21/2018 от 27.08.18 г.<br>Дата возврата 06.09.18, 14.09.18, 21.09.18, 28.09.18. | 42503840200000000096 | 9937455-00 | 150000-00 |
| Наименование счета | Кредит<br>счета | | |
| "BANK OF NEW YORK MELLON" | 30114840900000000001 | 9937455-00 | 150000-00 |

| Сумма прописью | Шифр<br>документа | 09 |
|---|---|---|
| Девять миллионов девятьсот тридцать семь тысяч четыреста пятьдесят пять рублей 00<br>копеек | Кол-во<br>записей | |

Содержание операции, наименование, номер и дата документа,
на основании которого составлен мемориальный ордер
Возврат денежных средств по договору срочного банковского вклада № 21/2018 от 27.08.18 ХЕРВЕТ
ИНВЕСТМЕНТС ЛИМИТЕД. НДС не облагается.

Подписи

_____            _____

Приложение: _____ документов на _____ листах.

Движение средств по счету 42502840990000000070
за Период с 17.04.2000 по 08.10.2019

Наименование    ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД. Договор срочного банковского вклада № 21/2018 от
27.08.18 г. Дата возврата по 09.18. Пролонгация до 10.09.18, 14.09.18.
Входящий остаток на сумму 0,00 USD
Сумма проводок в валюте проводок

Стр   1

| Дата | № д-та | Дебет | Кредит | К/С | БИК | Счет корреспондента | Наименование корреспондента | Назначение платежа | ИНН корр-та |
|------|--------|-------|--------|-----|-----|---------------------|------------------------------|---------------------|-------------|
| 27.08.18 | 2185 | | 750000,00 | 30114 | 044030760 | 30114840400000000027 | "Raiffeisen Bank International AG" | Зачисление средств по договору срочного банковского вклада № 21/2018 от 27.08.20 18 г. HERVET INVESTMENTS LTD. | 9909059248 |
| 28.08.18 | 30 | 2951080,00 | | 70603 | 044030760 | 70603810400602630140 | Доходы от переоценки средств в долларах США | Положительная переоценка средств в инест равной валюте по курсу Банка России | |
| 29.08.18 | 31 | 39000,00 | | 70603 | 044030760 | 70603810400002630140 | Доходы от переоценки средств в долларах США | Положительная переоценка средств в инест равной валюте по курсу Банка России | |
| 30.08.18 | 31 | | 5655000,00 | 70608 | 044030760 | 70608810900046230140 | Расходы по переоценке средств в долларах США | Отрицательная переоценка средств в инест равной валюте по курсу Банка России | |
| 31.08.18 | 31 | 472500,00 | | 70603 | 044030760 | 70603810400602630140 | Доходы от переоценки средств в долларах США | Положительная переоценка средств в инест равной валюте по курсу Банка России | |
| 01.09.18 | 28 | 280500,00 | | 70603 | 044030760 | 70603810900602630140 | Доходы от переоценки средств в долларах США | Положительная переоценка средств в инест равной валюте по курсу России | |
| 14.09.18 | 119 | 225300,00 | | 70603 | 044030760 | 70603810400602630140 | Доходы от переоценки средств в долларах США | Положительная переоценка средств в инест равной валюте по курсу Банка России | |
| 05.09.18 | 30 | | 3075000,00 | 70608 | 044030760 | 70608810900004630140 | Расходы по переоценке средств в долларах США | Отрицательная переоценка средств в инест равной валюте по курсу Банка России | |
| 06.09.18 | 30 | | 1419290,00 | 70608 | 044030760 | 70608810900004630140 | Расходы по переоценке средств в долларах США | Отрицательная переоценка средств в инест равной валюте по курсу Банка России | |
| 06.09.18 | 937 | 3500000,00 | | 30114 | 044030760 | 30114840900000000001 | "BANK OF NEW YORK MELLON" | Возврат банковских средств по договору срочного банковского вклада № 21/2018 от 27.18.18 ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД. НДС не облагается | 9909059760 |
| 07.09.18 | 30 | 785500,00 | | 70603 | 044030760 | 70603810400602630140 | Доходы от переоценки средств в долларах США | Положительная переоценка средств в инест равной валюте по курсу Банка России | |
| 08.09.18 | 29 | | 2578000,00 | 70608 | 044030760 | 70608810900004630140 | Расходы по переоценке средств в долларах США | Отрицательная переоценка средств в инест равной валюте по курсу Банка России | |
| 11.09.18 | 30 | | 3497000,00 | 70608 | 044030760 | 70608810500004630140 | Расходы по переоценке средств в долларах США | Отрицательная переоценка средств в инест равной валюте по курсу Банка России | |
| 12.09.18 | 30 | | 391500,00 | 70608 | 044030760 | 70608810500046330140 | Расходы по переоценке средств в долларах США | Отрицательная переоценка средств в инест равной валюте по курсу Банка | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13.09.18 | 30 | 1489920.00 | 70603 | 044030760 | 70603816400002630140 | Доходы от перечисления средств в долларах США. | Положительная переоценка средств и имеет разную валюте по курсу Банка России. | |
| 14.09.18 | 30 | 2462469.08 | 70603 | 044030760 | 70603816400002630140 | Доходы от перечисления средств в долларах США. | Положительная переоценка средств и имеет разной валюте по курсу Банка России. | |
| 15.09.18 | 29 | 1331280.00 | 70603 | 044030760 | 70603816400002630140 | Доходы от перечисления средств в долларах США. | Положительная переоценка средств в имеет разной валюте по курсу Банка России. | |
| 17.09.18 | 1456 | 3569060.00 | 30114 | 044030760 | 30114 | "BANK OF NEW YORK MELLON" | Возврат денежных средств по договору срочного банковского вклада № 21/29/1 от 22.08.18. НДС не облагается. | 09002637760 |
| 18.09.18 | 30 | 796026.00 | 70603 | 044030760 | 70603816400002630140 | Доходы от перечисления средств в долларах США. | Положительная переоценка средств и имеет разной валюте по курсу Банка России. | |
| 19.09.18 | 30 | 1487065.00 | 70603 | 044030760 | 70603816400002630140 | Доходы от перечисления средств в долларах США. | Положительная переоценка средств и имеет разной валюте по курсу Банка России. | |

Представитель конкурсного управляющего Банка МБСП (АО) по доверенности

Иванов Д.В.

Стр. 2

| Дата | № д-та | Дебет | Кредит | К/С | БИК | Счет корреспондента | Наименование корреспондента | Назначение платежа | ИНН корр-та |
|---|---|---|---|---|---|---|---|---|---|
| 19.09.18 | 991 | 500000.00 | | 30114 | 044030760 | 30114246080000000001 | "BANK OF NEW YORK MELLON" | Возврат денежных средств по договору срочного банковского вклада № 21/2018 от 27..08.18 ХЕРНЕТ ИНВЕСТМЕНТС ЛИМИТЕД. НДС не облагается | 9999999769 |
| 20.09.18 | 30 | 1966565.00 | | 70603 | 044030760 | 70603810400002636000 | Доходы от переоценки средств в валюте США | Положительная переоценка средств в инвест.валюте разница по курсу банка России | |
| 20.09.18 | 852 | 250000.00 | | 30114 | 044030760 | 30114246080000000001 | "BANK OF NEW YORK MELLON" | Возврат денежных средств по договору срочного банковского вклада № 21/2018 от 27 .08.18 ХЕРНЕТ ИНВЕСТМЕНТС ЛИМИТЕД. НДС не облагается | 9999999769 |
| 21.09.18 | 38 | 80695.00 | | 70603 | 044030760 | 70603810400002636000 | Доходы от переоценки средств в валюте США | Положительная переоценка средств в инвест.валюте разница по курсу банка России. | |
| 21.09.18 | 678 | 150000.00 | | 42503 | 044030760 | 42503840500000004000 | ХЕРНЕТ ИНВЕСТМЕНТС ЛИМИТЕД. Договор срочного банковского вклада № 21/2018 от 27.08.18 г. Дата возврата 06.09.18, 14.09.18, 21.09.18, 28.09.18. | Предоставл. агентом срочного банковского го вклада № 21/2018 от 27.08.18 | 9999177569 |

| | ИТОГО | 2137617500 | 249221800 | | | | | | |

Остаток на
30.12.14 30.22.93

Исходящий остаток пассив 0.00 USD



Представитель конкурсного управляющего Банка МБСП (АО) по доверенности

Иванов Д.В.

БАНК МБСП (АО)

ОКиООДР
Наименование подразделения

РАСПОРЯЖЕНИЕ от 20.09.2018 г.
Управлению расчетов ОПЕРД

Перечислите средства в иностранной валюте в сумме

2 500 000 - 00  USD          Долларов США
Сумма к переводу             Наименование ин.валюты
со счета № 42502840900000000070
                    Дт счета
в пользу Hervet Investments Limited
            Наименование получателя
на счет № IBAN AT753100007050959535
            Номер счета получателя
в банке: Raiffeisen Bank International AG          SWIFT   RZBAATWW
         Наименование банка получателя                    SWIFT-код банка получателя
Через   Citibank NY                                SWIFT   CITIUS33XXX
Наименование банка-посредника                             SWIFT-код банка-посредника
(заполняется при необходимости)

Назначение платежа: *Transfer of partial sums under deposit agreement №21/2018 dd 27/08/18.*

Руководитель подразделения _____ Н.Ю. Александрова
                                    Подпись                      ФИО

Исп. Семёнова Ж. С.
        ФИО
Тел 245

Перевод выставить на  BANK OF NEW YORK MELLON
                      Наименование банка-корреспондента

Дата валютирования  20.09.2018 г.

Начальник ДТОиК _____ Гурин П. А.
                        Подпись              ФИО

БАНК   МБСП   (АО)
БИК          044030760

2 0. 09. 2018

ПРИНЯТО
О. И.   ПРОХОРОВА   М. М.

|  | Код формы документа по ОКУД |
|---|---|
|  | 0401108 |

Банк МБСП (АО)
_____
Составитель

**МЕМОРИАЛЬНЫЙ ОРДЕР №**     852          20.09.2018
                                                                              Дата

Исполнитель: 1037 Семёнова Ж.С.

| Наименование счета | **Дебет** счета | **Сумма** цифрами | |
|---|---|---|---|
| ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД Договор срочного банковского вклада № 21/2018 от 27.08.18 г. Дата возврата 06.09.18. Пролонгация до 10.09.18, 14.09.18. | 42502840900000000070 | 167524500-00 | 2500000-00 |
| Наименование счета | **Кредит** счета | | |
| "BANK OF NEW YORK MELLON" | 30114840900000000001 | 167524500-00 | 2500000-00 |

| Сумма прописью | | Шифр документа | 09 |
|---|---|---|---|
| Сто шестьдесят семь миллионов пятьсот двадцать четыре тысячи пятьсот рублей 00 копеек | | Кол-во записей | |

Содержание операции, наименование, номер и дата документа,
 на основании которого составлен мемориальный ордер
Возврат денежных средств по договору срочного банковского вклада № 21/2018 от 27.08.18 ХЕРВЕТ
ИНВЕСТМЕНТС ЛИМИТЕД. НДС не облагается.

Подписи

_____

Приложение:                        документов на           листах.

Движение средств по счету 42502840800000000073
за Период с 17.01.2000 по 08.10.2019

Наименование   ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД  договор срочного банковского вклада № 24-2018 от
13.09.18 г. Дата возврата 20.09.18.
Входящий остаток: passим 0.00 USD
Суммы проводок в валюте проводки

Стр   1

| Дата | № д-та | Дебет | Кредит | К2 с | БИК | Счет корреспондента | Наименование корреспондента | Назначение платежа | ИНН корр-та |
|---|---|---|---|---|---|---|---|---|---|
| 13.09.18 | 1315 | | 5859000.00 | 30114 | 044030576 | 30114840800000000023 | "Raiffeisen Bank International AG" | Зачисление средств по договору срочного банковского вклада № 24-2018 от 13.09.26.18 г. HERVET INVESTMENTS LTD. | 9999999748 |
| 14.09.18 | 46 | 5474430.00 | | 70609 | 044030760 | 70603810800002029140 | Доходы от переоценки средств в долларах США | Положительная переоценка средств в инвест равной валюте по курсу Банка России. | |
| 15.09.18 | 29 | 2075240.00 | | 70602 | 044030766 | 70601810400002026140 | Доходы от переоценки средств в долларах США | Положительная переоценка средств в инвест равной валюте по курсу Банка России. | |
| 13.08.18 | 1451 | 5859000.00 | | 30114 | 044030760 | 30114840800000001001 | "BANK OF NEW YORK MELLON" | Возврат денежных средств по договору сро чного банковского вклада № 24-2018 от 15.09.18 ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД ПДС и с обязатель. Цеховное расп. отчиш-ца. | 9999999760 |

| | | ИТОГО | 13593670.00 | 5859000.00 | | | | | |

Остаток на
5022 к/702ру           0.00
Исходящий остаток: passим 0.00 USD

Представитель конкурсного управляющего Банка МБСП (АО) по доверенности

Иванов Д.В.

БАНК МБСП (АО)

_____ОКиООДР_____
Наименование подразделения

РАСПОРЯЖЕНИЕ от  17.09.2018 г.
Управлению расчетов ОПЕРД

Перечислите средства в иностранной валюте в сумме

5 850 000 - 00  USD          Долларов США
Сумма к переводу          Наименование ин.валюты
со счета № 42502840800000000073
                    Дт счета
в пользу Hervet Investments Limited
            Наименование получателя
на счет № IBAN AT753100007050959535
            Номер счета получателя
в банке: Raiffeisen Bank International AG          SWIFT   RZBAATWW
            Наименование банка получателя                      SWIFT-код банка получателя
Через     Citibank NY                                 SWIFT   CITIUS33XXX
Наименование банка-посредника                                SWIFT-код банка-посредника
(заполняется при необходимости)

Назначение платежа: _Transfer of  sums under deposit agreement №24/2018 dd 13/09/18._

Руководитель подразделения _____   Н.Ю. Александрова
                                          Подпись                        ФИО

Исп. Семёнова Ж. С.
        ФИО
Тел 245

_____

Перевод выставить на   BANK OF NEW YORK MELLON
                          Наименование банка-корреспондента

Дата валютирования   17.09.2018 г.

Начальник ДТОиК _____   Гурин П. А.
                          Подпись                  ФИО

БАНК   МБСП   (АО)
ВИК   044030760

1 7  09   2018

ПРИНЯТО
О. Н.   ПРОХОРОВА   М. М.

| | | Код формы документа по ОКУД |
|---|---|---|
| | | 0401108 |

Банк МБСП (АО)
Составитель

**МЕМОРИАЛЬНЫЙ ОРДЕР №**    1451        17.09.2018
                                           Дата

Исполнитель: 1037 Семёнова Ж.С.

| Наименование счета | Дебет счета | Сумма цифрами | |
|---|---|---|---|
| ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД. Договор срочного банковского вклада № 24/2018 от 13.09.18 г. Дата возврата 20.09.18. | 42502840800000000073 | 399453210-00 | 5850000-00 |
| Наименование счета | **Кредит** счета | | |
| "BANK OF NEW YORK MELLON" | 30114840900000000001 | 399453210-00 | 5850000-00 |

| Сумма прописью | Шифр документа | 09 |
|---|---|---|
| Триста девяносто девять миллионов четыреста пятьдесят три тысячи двести десять рублей 00 копеек | Кол-во записей | |

Содержание операции, наименование, номер и дата документа,
на основании которого составлен мемориальный ордер
Возврат денежных средств по договору срочного банковского вклада № 24/2018 от 13.09.18 ХЕРВЕТ
ИНВЕСТМЕНТС ЛИМИТЕД. НДС не облагается. Досрочное раст. договора.

Подписи

Приложение:                    документов на            листах.

Движение средств по счету 42502840100000000074
за Период с 17.01.2000 по 08.10.2019

Наименование    XERVET ИНВЕСТМЕНТС ЛИМИТЕД  Договор срочного банковского вклада № 25/2018  от
                14.09.18 г. Дата возврата 21.09.2018 г.
                Входящий остаток: пассив 0.00 USD
                Суммы проводок в валюте приписки

Стр   1

| Дата | № д-та | Дебет | Кредит | К-т | БИК | Счет корреспондента | Наименование корреспондента | Назначение платежа | ИНН корр-та |
|------|--------|-------|--------|-----|-----|---------------------|-----------------------------|--------------------|-------------|
| 14.09.18 | 983 | | 5700000.00 | 30114 | 044525700 | 30114840900000000025 | "Raiffeisen Bank International AG" | Зачисление средств по договору срочного банковского вклада № 25/2018 от 14.09.20.18 г. DERVET INVESTMENTS LTD. | 045449974S |
| 19.09.18 | 590 | 5700000.00 | | 30114 | 044525700 | 30114840000000000011 | "BANK OF NEW YORK MELLON" | Возврат денежных средств по договору срочного банковского вклада № 25/2018 от 14.09.18 XERVET ИНВЕСТМЕНТС ЛИМИТЕД проценты не начисляются | 045449974S |
| | ИТОГО | 5700000.00 | 5700000.00 | | | | | | |

Оборот по
30223(30220)                  0.00

Исходящий остаток: пассив 0.00 USD

Представитель конкурсного управляющего Банка МБСП (АО) по доверенности

Иванов Д.В. 

БАНК МБСП (АО)

ОКиООДР
Наименование подразделения

РАСПОРЯЖЕНИЕ от 19.09.2018 г.
Управлению расчетов ОПЕРД

Перечислите средства в иностранной валюте в сумме

5 700 000 - 00 USD          Долларов США
Сумма к переводу          Наименование ин.валюты
со счета № 42502840100000000074
               Дт счета
в пользу Hervet Investments Limited
            Наименование получателя
на счет № IBAN AT753100007050959535
            Номер счета получателя
в банке: Raiffeisen Bank International AG          SWIFT   RZBAATWW
            Наименование банка получателя                 SWIFT-код банка получателя
Через    Citibank NY                                      SWIFT   CITIUS33XXX
Наименование банка-посредника                            SWIFT-код банка-посредника
(заполняется при необходимости)

Назначение платежа: *Transfer of sums under deposit agreement №25/2018 dd 14/09/18.*

Руководитель подразделения _____ Н.Ю. Александрова
                                    Подпись                      ФИО
Исп. Семёнова Ж. С.
            ФИО
Тел 245

_____

Перевод выставить на  BANK OF NEW YORK MELLON
                       Наименование банка-корреспондента

Дата валютирования  19.09.2018 г.

Начальник ДТОиК _____ Гурин П. А.
                       Подпись                      ФИО

БАНК   МБСП   (АО)
БИК 044030700
19. 09. 2018
ПРИНЯТО
ОН   БАЛАШОВА  О.Г.

|  | Код формы документа по ОКУД |
|---|---|
|  | 0401108 |

Банк МБСП (АО)
Составитель

**МЕМОРИАЛЬНЫЙ ОРДЕР №**    590      19.09.2018
                                                      Дата

Исполнитель: 1037 Семёнова Ж.С.

| Наименование счета | Дебет счета | Сумма цифрами | |
|---|---|---|---|
| ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД. Договор срочного банковского вклада № 25/2018 от 14.09.18 г. Дата возврата 21.09.2018 г. | 42502840100000000074 | 386185830-00 | 5700000-00 |
| Наименование счета | **Кредит** счета | | |
| "BANK OF NEW YORK MELLON" | 30114840900000000001 | 386185830-00 | 5700000-00 |

| Сумма прописью | Шифр документа | 09 |
|---|---|---|
| Триста восемьдесят шесть миллионов сто восемьдесят пять тысяч восемьсот тридцать рублей 00 копеек | Кол-во записей | |

Содержание операции, наименование, номер и дата документа,
на основании которого составлен мемориальный ордер
Возврат денежных средств по договору срочного банковского вклада № 25/2018 от 14.09.18 ХЕРВЕТ ИНВЕСТМЕНТС ЛИМИТЕД. НДС не облагается.

Подписи

Приложение:                      документов на             листах.

# Exhibit 6



**Raiffeisen Bank International**
Member of RBI Group

# CASH
# MANAGEMENT

**Raiffeisen Bank International AG, RZBAATWW, Vienna**
**LIST OF MAIN CORRESPONDENT BANKS FOR COMMERCIAL PAYMENTS**

| Currency | Bank | SWIFT Code | Account number |
|----------|------|------------|----------------|
| AED | First Abu Dhabi Bank, Abu Dhabi | NBADAEAA | AE180354022003759457012 |
| ALL | Raiffeisen Bank Sh.a., Tirana | SGSBALTX | 3142 01 900 8000088823 |
| AUD | Australia and New Zealand Banking Group Limited | ANZBAU3M | 201871AUD00001 |
| BAM | Raiffeisen Bank dd Bosna i Hercegovina, Sarajevo | RZBABA2S | 60002100000530977 |
| BGN | Raiffeisenbank Bulgaria EAD, Sofia | RZBBBGSF | RZBBBGSF/BG66RZBB91551030500015 |
| BHD | Ahli United Bank BSC, Manama | AUBBBHBM | BH56AUBB00016117429001 |
| BYN | Priorbank JSC, Minsk | PJCBBY2X | 1702073080178 |
| CAD | Canadian Imperial Bank of Commerce, Toronto | CIBCCATT | 1714112 |
| CHF | UBS Switzerland AG, Zürich | UBSWCHZH80A | 0230000006321505000OP |
| CNY | Bank of China, Shanghai | BKCHCNBJS00 | 450759213214 |
| CZK | Raiffeisenbank A.S., Prague | RZBCCZPP | CZ3455000000009100006101 |
| DKK | Nordea Bank Danmark A/S, Copenhagen | NDEADKKK | DK7120005000402463 |
| EUR | Raiffeisen Bank International AG, Vienna | RZBAATWW | via EBA or Target2/SSP |
| EUR | DZ Bank AG, Frankfurt | GENODEFF | DE3750060400000909011447 |
| GBP | Barclays Bank, London | BARCGB22 | 20325370202142 |
| HKD | Bank of China (Hong Kong), Hong Kong | BKCHHKHH | 01287560120492 |
| HRK | Raiffeisenbank Austria d.d., Zagreb | RZBHHR2X | HR5224840081900000008 |
| HUF | Raiffeisen Bank ZRT., Budapest | UBRTHUHB | HU1312002102000000006500400005 |
| ILS | Mizrahi Tefahot Bank, Tel-Aviv | MIZBILIT | IL520204780000000130182 |
| INR | State Bank of India, Mumbai | SBININBB | 11179065804 |
| JPY | MUFG Bank Ltd., Tokyo | BOTKJPJT | 653-0424110 |
| KWD | National Bank of Kuwait, Kuwait City | NBOKKWKW | 0002597560101 |
| KZT | AO Raiffeisenbank, Moscow | RZBMRUMM | 30111398300000000000 |
| MXN | Banco Santander (Mexico) S.A., Mexico City | BMSXMXMM | 014180000000024992 |
| NOK | DNB Bank, Oslo | DNBANOKK | NO5370010246308 |
| NZD | ANZ Bank New Zealand Limited, Wellington | ANZBNZ22 | 201871/00001NZD Account No1 |
| PLN | PKO Bank Polski S.A., Warsaw | BPKOPLPW | PL27102000161201110000029221 |
| QAR | Commercial Bank of Qatar, Doha | CBQAQAQA | QA80CBQA000000004010004430001 |
| RON | Raiffeisen Bank SA, Bucharest | RZBRROBU | RO64RZBR800000000000759461 |
| RSD | Raiffeisen Banka a.d., Belgrade | RZBSRSBG | RS35265100000003566935 |
| RUB | AO Raiffeisenbank, Moscow | RZBMRUMM | 30111810500000100000 |
| SAR | The National Commercial Bank, Jeddah | NCBKSAJE | 55531354000108 |
| SEK | Skandinaviska Enskilda Banken, Stockholm | ESSESESS | SE9050000000052018570633 |
| SGD | Development Bank of Singapore, Singapore | DBSSSGSG | 0370004766 |
| THB | Kasikornbank, Bangkok | KASITHBK | 099 1 21505 0 |
| TRY | Türkiye Garanti Bankasi, Istanbul | TGBATRIS | TR860006200093000006499925 |
| USD | Standard Chartered Bank, New York | SCBLUS33 | 3582039831001 |
| ZAR | ABSA Bank, Johannesburg | ABSAZAJJ | 710384ZAR671201 |

For commercial payments these standard settlement instructions (especially for EUR) can be amended according to bilateral agreements.
We confirm that RBI neither accept nor advise any kind of SSI's for Treasury payments including MM, Swaps and
Derivatives because the way of payment is arranged between traders for each transaction separately.

**www.rbinternational.com**