UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of STATE CORPORATION DEPOSIT INSURANCE AGENCY on behalf of INTERNATIONAL BANK OF ST. PETERSBURG for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782. | Case No. 21 Misc. 800 (PKC)<br><br>**ORDER** |

The Court, having reviewed the application for an order under 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings, the memorandum of law in support thereof, the petition, and the declaration of O. Andrew F. Wilson, dated November 1, 2021 (the "Wilson Declaration") and the exhibits thereto, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's application. It is therefore:

ORDERED that Petitioner is granted leave to serve the subpoena annexed as Exhibit B to the Wilson Declaration; and it is

FURTHER ORDERED that the documents requested in the subpoena annexed as Exhibit B to the Wilson Declaration shall be produced within 21 days of service of the subpoenas.

The Clerk shall terminate the motion (Doc 4) and close the matter.

Dated: November 5, 2021                                SO ORDERED.

_____
P. Kevin Castel
United States District Judge